# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: |
| | : | |
| v. | : | MAGISTRATE NO.: 23-mj-42 |
| | : | |
| MICHAEL DANIELE, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 231(a)(3) |
| | : | (Civil Disorder) |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MICHAEL DANIELE**, committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, that is, officers from the United States Capitol Police, lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement

of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Sarah C. Martin
       Sarah C. Martin
       D.C. Bar No. 1612989
       Assistant United States Attorney
       601 D Street NW
       Washington, DC 20530
       202-252-7048
       Sarah.Martin@usdoj.gov