## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-143 (APM) |
| **MICHAEL DANIELE,** | ) ) ) | |
| **Defendant.** | ) ) | |

### PRETRIAL ORDER

Trial is set to commence in this matter on **June 12, 2024, at 9:30 a.m., in Courtroom 10**. The following deadlines shall govern pretrial proceedings:

1. Defendant shall file any motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)–(D) on or before **April 10, 2024**; oppositions shall be filed on or before **April 17, 2024**; and replies shall be filed on or before **April 24, 2024**.

2. The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by **April 24, 2024**; any reciprocal expert disclosure by Defendant shall be made by **May 8, 2024**.

3. The United States shall identify the evidence it will seek to introduce under Federal Rule of Evidence 404(b) on or before **May 1, 2024**.

4. Except as otherwise noted in this Pretrial Order, motions in limine shall be filed on or before **May 8, 2024**; oppositions shall be filed on or before **May 22, 2024**; and replies shall be filed on or before **May 29, 2024**. If the United States wishes to file a motion in limine with respect to any defense expert, it may do so by filing a motion by **May 20, 2024;** any opposition to such motion shall be filed by **May 29, 2024.**

5. Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by **April 24, 2024**. The court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by **May 1, 2024**; any opposition to such motion shall be filed by **May 8, 2024**.

6. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **May 29, 2024**. Any *Brady* material not already disclosed also must be disclosed by this date.

7. On or before **May 29, 2024**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>List of witnesses</u>. The parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

    b. <u>Exhibit lists</u>. The parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The parties need not list any exhibit that might be used for purposes of impeachment. The parties should confer with Courtroom Deputy Jean Claude Douyon about the format of the exhibit list. The parties *should not* provide a copy of the exhibits to the court, but must exchange pre-marked exhibits. The parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    c. <u>Stipulations</u>. The parties shall submit a draft of all stipulations.

8. Counsel shall appear on **May 6, 2024, at 11:00 a.m.**, in Courtroom 10 for a hearing on Rule 12 pretrial motions, unless granted leave to proceed remotely.

9. Counsel shall appear on **June 6, 2024, at 10:00 a.m.**, via videoconference for a pretrial conference.

Date: January 10, 2024

                   Amit P. Mehta
                   United States District Court Judge