IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

          Plaintiff,

       vs.

MICHAEL DANIELE,

         Defendant.
_____/

Criminal Action
No. 1:23-cr-0143

Washington, DC
November 8, 2023

9:01 a.m.


TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES</u>:

For the Government:    **HOLLY GROSSHANS**
                     DOJ-USAO
                     601 D Street, NW
                     Washington, DC 20001


For the Defendant:     **STUART KAPLAN**
                     Stuart Kaplan, PA
                     3399 PGA Blvd., Suite 150
                     Palm Beach Gardens, FL 33410


Court Reporter:       **JEFF HOOK**
                     Official Court Reporter
                     U.S. District & Bankruptcy Courts
                     333 Constitution Avenue, NW
                     Room 4700-C
                     Washington, DC 20001



EXHIBIT
"B"

1                              **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  This is criminal action 23-143, the

3    United States of America v. Michael Daniele.  Holly

4    Grosshans for the government; Stuart Kaplan on behalf of the

5    defense.  The defendant's appearing in person for these

6    proceedings.

7              **THE COURT:**  Counsel, good morning.  Mr. Daniele,

8    good morning to you, sir.  So I understand that

9    Mr. Daniele -- and am I pronouncing your name correctly,

10   sir?

11             **THE DEFENDANT:**  It's Daniele.

12             **THE COURT:**  Daniele, sorry about that.  So I

13   understand Mr. Daniele is prepared to enter a plea this

14   morning; is that correct?

15             **MR. KAPLAN:**  That is correct, Your Honor.

16             **THE COURT:**  Thank you.  So before we proceed, I

17   had asked government counsel to just bring either the video

18   or photographic evidence that's sort of underlying the

19   statement of facts so I could at least take a look at it.  I

20   found the statement a little bit vague in terms of

21   Mr. Daniele's actual conduct.  So if I could just take a

22   look at that before we get started, that would be helpful.

23             **MR. KAPLAN:**  May I just, Your Honor -- and again,

24   I completely understand why the Court has asked.  The

25   government was nice enough obviously to show me what the

1    presentation is.  The only thing is -- again, not to make

2    this more about the video, as Your Honor's probably very

3    well aware, the video you're going to see has a lot of

4    people that are doing a lot of things, from really bad

5    things to things that somewhere fall in between.  And I

6    would just ask Your Honor that at some point, probably at

7    sentencing, I'm going to make the argument that I just don't

8    want there to be this subjective or prejudicial effect that

9    someone is grouped in because other people are acting

10    completely -- what is unacceptable.

11          **THE COURT:**  Sure, no, understood, and I appreciate

12    you saying that, Mr. Kaplan.  The bottom line is, in reading

13    the statement of facts, I mean, it refers to Mr. Daniele I

14    think walking over a barricade and then --

15          **MR. KAPLAN:**  Your Honor, you will see in a video

16    that I believe the government is going to show that

17    Mr. Daniele actually picks up a hat that had fallen off of

18    the Capitol police officer's head, and actually retrieves it

19    and actually walks up and hands it to that officer.  So just

20    so it can be kind of kept in context as to whether the word

21    is culpability or participation or culpable conduct,

22    obviously there are different measures that I just don't

23    want him to be grouped together with everybody.

24          **THE COURT:**  Sure, understood.  Like I said,

25    there's a description in paragraph nine, and I just wanted

1   to satisfy myself that upon viewing the evidence, that it

2   would meet the elements of the offense.

3          Ms. Grosshans.

4          **MR. GROSSHANS:**  Do you want me to show that now?

5          **THE COURT:**  Yes, please, if you would.

6          **MR. GROSSHANS:**  Your Honor, for the record, I'm

7   showing you what I'm marking as Government Exhibit 1 for the

8   change of plea hearing.  This is the video -- in paragraph

9   nine of the statement of the offense, it references:

10  "Daniele approaching the restricted Capitol grounds via the

11  Peace Circle, and was amongst the first group of rioters to

12  overcome the Peace Circle barricades at approximately

13  12:53 p.m."

14         So I'll play that for Your Honor now, and I will

15  stop I believe it's at a couple minutes into it.  I'll stop

16  at about 41 seconds in at 12:54:37 when you can see the

17  defendant.

18     (Video played)

19         **MR. GROSSHANS:**  I apologize, Your Honor.  So just

20  going back to the very beginning of the video, Your Honor.

21  At 12:54:38, this is the defendant's foot, the right foot in

22  the brown boot, on that metal barricade.

23         **THE COURT:**  Okay, go ahead.

24         **MR. GROSSHANS:**  And if you'd like, I can play it

25  again.  It does happen rather quickly.

1          **THE COURT:**  I thought that was -- why don't you

2     just play it again, and I'll look more closely just to --

3          **MR. GROSSHANS:**  It appears that the video then

4     goes back and is kind of like on a loop the way that it

5     plays.

6          (Video played)

7          **THE COURT:**  Okay.  And Mr. Kaplan, Mr. Daniele's

8     conceding that that image at the 12:54:37 mark is of his

9     boot or his leg on the bike rack as the police officer's

10    trying to hold it back?

11         **MR. KAPLAN:**  Like I said, Your Honor, again, yes,

12    we so stipulate that is Mr. Daniele's boot.  If I may just

13    again -- and just it may not be appropriate now, but

14    obviously at some point at sentencing so it's kept in

15    context.  Obviously you can see it's a pretty horrific

16    scene, obviously a lot of pushing and a lot of shoving.

17    Obviously, I think at some point you may hear that

18    Mr. Daniele was pushed forward onto a barricade and actually

19    used his foot to stop the forward momentum.  But again, for

20    purposes of today, we concede that that is in fact

21    Mr. Daniele's foot.

22         **THE COURT:**  Okay.  I mean, I want to make sure

23    that Mr. Daniele is not contending that he did, at least

24    what was depicted in this image, by mistake or

25    involuntarily.  I mean, it's not just enough that his foot

1    is there, it's that he does so knowingly and intentionally

2    as opposed to he was pushed into it and he was somehow doing

3    this not to obstruct.  Because --

4         **MR. KAPLAN:**  Your Honor, there is obviously

5    forward progress where Mr. Daniele is -- the factual

6    statement or basis does articulate later on Mr. Daniele is

7    then in actually the Rotunda for, I think, seven minutes.

8    So with respect to your concerns or the issues with respect

9    to the elements, he does continue moving forward up the

10   stairs and ends up in the Rotunda for seven minutes, sir.

11        **THE COURT:**  Right.  But he's pleading to a civil

12   disorder which requires him to act in a manner that is

13   obstructing or impeding or interfering with officers during

14   a civil disorder.  And so sort of starting backwards, the

15   fact that he's just entering the Capitol building, that's

16   not going to get you there.  It may, I suppose, bear on his

17   intent, but that by itself isn't going to get you there.  On

18   the other hand, if, for example, what I'm about to be

19   shown -- was just shown and about to be shown shows

20   Mr. Daniele purposefully attempting to interfere or impede

21   officers' efforts to hold others back, and he's doing so

22   intentionally and voluntarily and not by mistake, then it

23   meets the elements of the offense.

24        And my only hesitation in what I just heard you

25   say, Mr. Kaplan, is that Mr. Daniele's position may be that

1   he was in fact pushed by somebody behind him into this

2   barrier, and therefore wasn't acting voluntarily or

3   unintentionally.

4          **MR. KAPLAN:**  Your Honor, to be quite frank with

5   the Court, if I may, I think from any vantage point in

6   looking at the video in its entirety, I think that the

7   concern is that 12 random people with respect to who may be

8   impaneled to have to look at this video --

9          **THE COURT:**  Mr. Kaplan, I'm not interested in

10  hearing about the risks.  I understand what calculations --

11  I want to be clear, I understand the calculations and the

12  risks that every defendant faces in a jury trial.  But as

13  you know, because I suspect you've been doing this for a

14  while, I've got to be satisfied that he is pleading in fact

15  to an offense that meets all of the elements -- or that his

16  conduct and his mental state meets all of the elements of

17  the offense.

18          **MR. KAPLAN:**  May I have one moment, please?

19          **THE COURT:**  Sure.

20      (Discussion off the record)

21          **MR. KAPLAN:**  Your Honor, my client acknowledges

22  his culpability and what his conduct was as so stated in the

23  factual basis.

24          **THE COURT:**  Okay.  I just want to be clear here

25  folks, because I'm holding up what I think were the final

1    instructions for a civil disorder count in a different case.

2    This is 18 U.S.C. 2383.  What I instructed -- I think I

3    instructed the jury in that case was the elements are:  One,

4    that the defendant knowingly committed an act, or attempted

5    to commit an act, with the intended purpose of obstructing,

6    impeding or interfering with one or more law enforcement

7    officers.  So there's a knowing dimension to the offense,

8    and of course knowingly requires that it not be by mistake,

9    accident, et cetera.  And that there's a specific intent

10   element to it requiring an actual intention of obstructing,

11   impeding or interfering.

12           Second, that at the time of the defendant's actual

13   or attempted act, the law enforcement officer or officers

14   were engaged in the lawful performance of their official

15   duties.  That we can see from the video.  And third, that

16   the civil disorder in any way or degree obstructed, delayed

17   or adversely affected either commerce or the performance of

18   any federally protected function.

19           So elements two and three I think are easily

20   established by the video.  I think element one, I want to

21   make sure that Mr. Daniele is both admitting that he

22   knowingly did the act, and two, that he did so with the

23   actual intent to obstruct, impede or interfere.

24           MR. KAPLAN:  Your Honor, can we take a five-minute

25   recess and I can talk to the government?

1          THE COURT:  Sure.  I just want you all to know I'm
2   supposed to start trial at 9:30.  If we can --
3          MR. KAPLAN:  Two minutes, Your Honor.
4          THE COURT:  Yeah, why don't you all go ahead and
5   chat, and then we can figure out where we go from here.
6          MR. KAPLAN:  Thank you.
7          THE COURT:  Sure.  Would it be helpful if I looked
8   at the second video or photograph first before you all have
9   the conversation?
10          MR. GROSSHANS:  It might be helpful, Your Honor.
11          THE COURT:  Why don't we do that.
12          MR. KAPLAN:  Okay.  Thank you, Your Honor.
13          MR. GROSSHANS:  This video appears -- so I'll now
14   show Your Honor Government Exhibit 2.  This video has been
15   slowed down it appears.
16      (Video played)
17          MR. GROSSHANS:  You can see the defendant right
18   here, Your Honor.
19          THE COURT:  Can you play that again?
20          MR. GROSSHANS:  Excuse me?
21          THE COURT:  Can you play it again?
22          MR. GROSSHANS:  Yes.
23          THE COURT:  Was that the full video?
24          MR. GROSSHANS:  No, it's not, Your Honor.  I just
25   wanted to make sure that you saw him.

1          **THE COURT:**  I see.

2      (Video played)

3          **THE COURT:**  Can you play that back again?

4          **MR. GROSSHANS:**  Yes, Your Honor.

5      (Video played)

6          **MR. GROSSHANS:**  Would you like to see it again,

7  Your Honor?

8          **THE COURT:**  Sure, it might be helpful.

9          **MR. GROSSHANS:**  Okay.  I'm sorry, Your Honor, I'm

10 covering this case for another AUSA, so I wish I could show

11 you the video in full speed.

12         **THE COURT:**  No, that's okay, it's not the speed

13 that's giving me some hesitation.

14     (Video played)

15         **THE COURT:**  So go ahead and pause it.  Look, let

16 me just say what I'm seeing here on this second video --

17 which is Government's Exhibit 2, which is that it looks like

18 Mr. Daniele -- and I think this was what Mr. Kaplan was

19 alluding to earlier, which is he's at the front of a police

20 line here just at I guess it's sort of the West Terrace, if

21 memory serves.  There's a line of officers, he's there

22 towards the front.  He hands the officer his hat or

23 something -- hands the officer something.  There's another

24 individual who was in fact sort of pulling the barricades,

25 the bike racks back.  And Mr. Daniele ends up with his hands

1   on the bike racks and sort of pushes them to the side, one

2   of them.

3           Now, I've seen a lot of what happened on January

4   6th that rose to felony conduct.  I'm not going to say one

5   way or another whether that's that, but, you know, does the

6   government think that that is an intent to impede, obstruct

7   a police officer?

8           **MR. GROSSHANS:**  Well, Your Honor, I do believe

9   that he's -- it appears that the defendant is pulling that

10  barricade away from the police line.  And when the video

11  pans back, you can see that there's hundreds of rioters

12  behind him.

13          **THE COURT:**  No, no, I understand.  But it also

14  looks to me like he's standing there while somebody else is

15  pulling the barricade back that's -- you know, these bike

16  racks are connected, and it's not -- maybe it's just my look

17  at it, this is my interpretation.  Look, and maybe this is a

18  problem because -- well, anyway.  But my interpretation, in

19  looking at this, is that he is essentially holding onto

20  something that's being pulled back toward him by another

21  rioter, because these bike racks were all connected.

22          **MR. GROSSHANS:**  And I apologize, Your Honor, I'm

23  not sure if any of these officers -- I'm not sure if these

24  officers are United States Capitol police officers, to be

25  completely honest with you, or Metropolitan Police

1    Department officers.  I don't know if there's body-worn

2    camera that would maybe show the yelling that's happening

3    between Mr. Daniele and the officer.  So I'm not sure if

4    Your Honor would like to --

5              **THE COURT:**  Look, I don't want to -- I'm not

6    having a mini trial here, but I've got a statement of facts

7    that, as I said, paragraph nine reads rather vaguely to me

8    in terms of what his conduct was.  I've now seen the two

9    videos that describe the conduct in paragraph nine.  The

10   second of the two videos, at least based on my limited

11   review of just the video without any sound, doesn't look

12   like to me that he is the one that's initiating the pulling

13   back of that bike rack; and that rather he is holding onto

14   it because somebody else is pulling the bike -- you know,

15   the connected portions of the bike rack toward him.  And

16   he's just handed the officer something, whether it's his hat

17   or I don't know what it was.  And then in the first video,

18   we've got a statement from counsel that the reason his foot

19   was on that bike rack was not to impede, but because

20   somebody was pushing him forward.

21             **MR. GROSSHANS:**  That is different than what the

22   defendant was agreeing to in the statement of the offense as

23   written, because the statement of offense as written was

24   that the defendant:  "Daniele approached the restricted

25   Capitol grounds via the Peace Circle, and was amongst the

1  first group of rioters to overcome the Peace Circle

2  barricades.  At approximately 12:53 p.m., Daniele stepped on

3  a metal barricade at the Peace Circle that police were

4  attempting to maintain to prevent rioters from entering

5  restricted Capitol grounds.  After overcoming the Peace

6  Circle barricade, Daniele proceeded to the West Plaza of the

7  restricted Capitol grounds where he pulled back another

8  metal barricade that police were using to restrict access."

9        **THE COURT:**  So I don't quibble with what's written

10  here, it's an accurate description of what the video shows.

11  But there are mens rea elements of it that are not reflected

12  here in the statement of facts.  I mean, even the effort at

13  the end -- I mean, I suppose in paragraph 13 he says he

14  admits that he attempted or did obstruct, at least that's

15  what he was prepared to admit.

16        On the other hand, I just heard something that

17  might suggest otherwise.  And then as I said, this video --

18  at least just the video, if he's prepared to admit today

19  that he in fact pulled it back with the intent to obstruct,

20  impede these officers, then I'll accept the plea.  But I

21  don't know if he's ready to do that.

22        **MR. KAPLAN:**  Your Honor, may I?

23        **THE COURT:**  Sure.

24        **MR. KAPLAN:**  Your Honor, you have echoed obviously

25  my -- and again, this prosecutor and I haven't spoken, she

1   stepped in for Ms. Martin who's on maternity leave.  She

2   inherited it and is obviously filling in, so I don't want to

3   sandbag her or anything.  But these are the exact

4   conversations I had with Ms. Martin.  I think Your Honor

5   obviously succinctly has identified my difficulties in

6   dealing with this case, because as you know, there's always

7   the risk versus the reward.

8           Your Honor, just so you have some full context

9   here, Mr. Daniele is retired from the New Jersey State

10  Police after 28 years of being a sworn law enforcement

11  officer.  And so in measuring and weighing the risk versus

12  reward in the totality of -- and unfortunately, when you

13  look at going to trial, these cases are complex and the

14  consequences can be somewhat serious or are serious.  So

15  sometimes you try to make a decision to mitigate.

16          **THE COURT:**  I'm not --

17          **MR. KAPLAN:**  But to your point, Your Honor --

18          **THE COURT:**  Can somebody remind me, is the civil

19  disorder the top count in this case?

20          **MR. KAPLAN:**  It's the 18 U.S.C. 231, Your Honor.

21          **THE COURT:**  So this is the most serious count?

22          **MR. KAPLAN:**  Yes.  And Your Honor, I did try --

23  and unfortunately, I think it's a policy across the board in

24  the DOJ's office where someone as Mr. Daniele who is a

25  retired law enforcement officer, their marching orders are

1    they're not interested in trying to negotiate with

2    Mr. Daniele who certainly would plead to the misdemeanors.

3    But I'll be honest with you -- and I want to be frank with

4    you.  And Your Honor, I'm here as a representative and

5    officer of the Court.  I have difficulty -- I've had

6    difficulty with this case from day one, because exactly what

7    you have said has been my problem.  But again, in trying to

8    counsel --

9              THE COURT:  I'm not --

10             MR. KAPLAN:  So Your Honor, I will just tell you

11   based upon my conversations with Mr. Daniele, quite frankly

12   I'm not so sure that we are prepared to enter into this

13   plea.  Because Mr. Daniele is questioning now whether or not

14   he's prepared to concede those issues, as Your Honor has

15   identified.  So perhaps we need to adjourn this, and I need

16   to have some additional conversations with Ms. Martin.

17             THE COURT:  Okay.

18             MR. KAPLAN:  I'm not -- and Your Honor, I just

19   want to also -- you know, the Court has been very gracious.

20   I'm here from south Florida, and I appreciate the Court's

21   patience in allowing it.  But this is a serious case with

22   serious potential consequences.

23             THE COURT:  Sure.  So look, let me just step back

24   and I'll just say this:  I don't come into these pleas with

25   the intention of disrupting them.  But I do have, as you all

1    know, an independent obligation to be satisfied that the

2    factual proffer supports the crime that the defendant is

3    admitting to.  And that's why I asked -- and I typically

4    have not in these cases, because the factual proffer has

5    been fairly detailed.  This one I found to be a little bit

6    more vague.  That's why I asked for the videos and

7    photographs.

8            Now having seen them, it raised the questions that

9    I've discussed with you all today.  In particular, the

10   statement that counsel made earlier about the initial

11   placing of the foot in the first video on the bike rack.  If

12   the evidence were that Mr. Daniele purposefully and with the

13   requisite intent was kicking at that bike rack while the

14   police officer was holding onto it, that in my mind would

15   pose no problems in terms of satisfying the elements of the

16   offense.  I think that's easy.  But if he's not prepared to

17   admit that, I can't accept a plea.

18           **MR. KAPLAN:**  Understood, Your Honor.

19           **THE COURT:**  I mean, I can't accept a plea if he's

20   not prepared to admit to the elements.

21           **MR. KAPLAN:**  And I appreciate the Court's

22   candidness.  Again, I don't want to be disrespectful to your

23   time or the Court's time, I just think this was important

24   maybe to get to this point.

25           **THE COURT:**  Okay.  Well, it's not being

1    disrespectful, that's why I'm here.  So why don't we adjourn

2    for now.  I know you all are from out of town.  If you can

3    make some headway today, I'm obviously here.  And if you

4    want to return, let Mr. Douyon know.  If we've got to put

5    this down for another day for a status conference, let me

6    know that.

7              **MR. KAPLAN:**  As far as today, Your Honor --

8              **THE COURT:**  Hang on.  If we've got to set a trial

9    date, we'll have to do that.

10             **MR. KAPLAN:**  Just so the Court's aware, I have a

11   3:00 o'clock flight returning to West Palm Beach.  But I

12   will speak to my colleague outside and obviously see where

13   we can go, and I'll certainly include the Court in that.

14             **THE COURT:**  Well, do me a favor, Ms. Grosshans.

15   If you would just file something -- I mean, if you're going

16   to come back and tell me you've resolved this in a way that

17   we take a plea today, fine.  But if that's not what happens,

18   can you just file something today, just a joint status

19   report, indicating where things are.  I think we're probably

20   only tolled through today for Speedy Trial purposes.

21             Are we tolled beyond that, JC?

22             **DEPUTY CLERK:**  No.

23             **THE COURT:**  So if we're not going to -- if we're

24   going to need a future date, I'm going to need a tolling

25   representation.

1          **MR. KAPLAN:**  Your Honor, just for the record,

2    Mr. Daniele is more than willing, prepared to waive Speedy

3    Trial.

4          **MR. GROSSHANS:**  I believe we had this set for a

5    change of plea hearing about a month ago, so I can file

6    something similar to that.

7          **THE COURT:**  Okay.  Just let me know so we can

8    figure out next steps, and make sure the docket accurately

9    reflects where we are and where we're going, okay?

10         **MR. GROSSHANS:**  All right.

11         **MR. KAPLAN:**  Again, Your Honor, thank you for your

12   time.  I appreciate it.

13         **THE COURT:**  Sure, of course.  Anything else,

14   anyone?

15         **MR. GROSSHANS:**  No, Your Honor.  Thank you very

16   much.

17         **THE COURT:**  Thank you all.

18      (Proceedings adjourned at 9:33 a.m.)

19

20

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3              I, **Jeff M. Hook, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9    ___January 2, 2024___              _____

10             **DATE**                        **Jeff M. Hook**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK:**
**[2]**  2/1 17/21
**MR. GROSSHANS:**
**[20]**
**MR. KAPLAN:**
**[25]**
**THE COURT:**
**[44]**
**THE DEFENDANT:**
**[1]**  2/10

**0**

**0143 [1]**  1/4

**1**

**12 [1]**  7/7
**12:53 p.m [2]**
 4/13 13/2
**12:54:37 mark**
 **[1]**  5/8
**12:54:37 when**
 **[1]**  4/16
**12:54:38 [1]**
 4/21
**13 [1]**  13/13
**143 [1]**  2/2
**150 [1]**  1/17
**18 [2]**  8/2
 14/20
**1:23-cr-0143**
 **[1]**  1/4

**2**

**20001 [2]**  1/15
 1/25
**2023 [1]**  1/6
**23-143 [1]**  2/2
**231 [1]**  14/20
**2383 [1]**  8/2
**28 [1]**  14/10

**3**

**333 [1]**  1/24
**33410 [1]**  1/18
**3399 [1]**  1/17
**3:00 [1]**  17/11

**4**

**41 [1]**  4/16
**4700-C [1]**
 1/24

**6**

**601 [1]**  1/14
**6th [1]**  11/4

**9**

**9:01 [1]**  1/7

**9:30 [1]**  9/2
**9:33 a.m [1]**
 18/18

**A**

**a.m [2]**  1/7
 18/18
**above [1]**  19/5
**above-entitled**
 **[1]**  19/5
**accept [3]**
 13/20 16/17
 16/19
**access [1]**
 13/8
**accident [1]**
 8/9
**accurate [1]**
 13/10
**accurately [1]**
 18/8
**acknowledges**
 **[1]**  7/21
**across [1]**
 14/23
**act [5]**  6/12
 8/4 8/5 8/13
 8/22
**acting [2]**  3/9
 7/2
**action [2]**  1/4
 2/2
**actual [4]**
 2/21 8/10 8/12
 8/23
**actually [5]**
 3/17 3/18 3/19
 5/18 6/7
**additional [1]**
 15/16
**adjourn [2]**
 15/15 17/1
**adjourned [1]**
 18/18
**admit [4]**
 13/15 13/18
 16/17 16/20
**admits [1]**
 13/14
**admitting [2]**
 8/21 16/3
**adversely [1]**
 8/17
**affected [1]**
 8/17
**again [15]**
 2/23 3/1 4/25
 5/2 5/11 5/13
 5/19 9/19 9/21

**9:30 [1]**  9/2
**10/3 10/6**
 13/25 15/7
 16/22 18/11
**ago [1]**  18/5
**agreeing [1]**
 12/22
**ahead [3]**  4/23
 9/4 10/15
**allowing [1]**
 15/21
**alluding [1]**
 10/19
**always [1]**
 14/6
**AMERICA [2]**
 1/3 2/3
**AMIT [1]**  1/10
**amongst [2]**
 4/11 12/25
**apologize [2]**
 4/19 11/22
**APPEARANCES [1]**
 1/12
**appearing [1]**
 2/5
**appears [4]**
 5/3 9/13 9/15
 11/9
**appreciate [4]**
 3/11 15/20
 16/21 18/12
**approached [1]**
 12/24
**approaching [1]**
 4/10
**appropriate [1]**
 5/13
**approximately**
 **[2]**  4/12 13/2
**argument [1]**
 3/7
**articulate [1]**
 6/6
**attempted [3]**
 8/4 8/13 13/14
**attempting [2]**
 6/20 13/4
**AUSA [1]**  10/10
**Avenue [1]**
 1/24
**aware [2]**  3/3
 17/10
**away [1]**  11/10

**B**

**back [14]**  4/20
 5/4 5/10 6/21
 10/3 10/25
 11/11 11/15

**11/20 12/13**
 13/7 13/19
 15/23 17/16
**back that's [1]**
 11/15
**backwards [1]**
 6/14
**bad [1]**  3/4
**Bankruptcy [1]**
 1/23
**barricade [8]**
 3/14 4/22 5/18
 11/10 11/15
 13/3 13/6 13/8
**barricades [3]**
 4/12 10/24
 13/2
**barrier [1]**
 7/2
**based [2]**
 12/10 15/11
**basis [2]**  6/6
 7/23
**Beach [2]**  1/18
 17/11
**bear [1]**  6/16
**beginning [1]**
 4/20
**behalf [1]**  2/4
**behind [2]**  7/1
 11/12
**beyond [1]**
 17/21
**bike [11]**  5/9
 10/25 11/1
 11/15 11/21
 12/13 12/14
 12/15 12/19
 16/11 16/13
**bit [2]**  2/20
 16/5
**Blvd [1]**  1/17
**board [1]**
 14/23
**body [1]**  12/1
**body-worn [1]**
 12/1
**boot [3]**  4/22
 5/9 5/12
**both [1]**  8/21
**bottom [1]**
 3/12
**bring [1]**  2/17
**brown [1]**  4/22
**building [1]**
 6/15

**C**

**calculations**
 **[2]**  7/10 7/11

**camera [1]**
 12/2
**can [21]**
**candidness [1]**
 16/22
**Capitol [7]**
 3/18 4/10 6/11
 11/24 12/25
 13/5 13/7
**case [7]**  8/1
 8/3 10/10 14/6
 14/19 15/6
 15/21
**cases [2]**
 14/13 16/4
**certainly [2]**
 15/2 17/13
**certify [1]**
 19/4
**cetera [1]**  8/9
**change [2]**  4/8
 18/5
**chat [1]**  9/5
**Circle [6]**
 4/11 4/12
 12/25 13/1
 13/3 13/6
**civil [5]**  6/11
 6/14 8/1 8/16
 14/18
**clear [2]**  7/11
 7/24
**client [1]**
 7/21
**closely [1]**
 5/2
**colleague [1]**
 17/12
**COLUMBIA [1]**
 1/1
**commerce [1]**
 8/17
**commit [1]**  8/5
**committed [1]**
 8/4
**completely [3]**
 2/24 3/10
 11/25
**complex [1]**
 14/13
**concede [2]**
 5/20 15/14
**conceding [1]**
 5/8
**concern [1]**
 7/7
**concerns [1]**
 6/8

**C**

conduct [7]
2/21 3/1 7/16
7/22 11/4 12/8
12/9
conference [2]
1/10 17/5
connected [3]
11/16 11/21
12/15
consequences
[2]   14/14
15/22
Constitution
[1]   1/24
contending [1]
5/23
context [3]
3/20 5/15 14/8
continue [1]
6/9
conversation
[1]   9/9
conversations
[3]   14/4
15/11 15/16
correctly [1]
2/9
counsel [5]
2/7 2/17 12/18
15/8 16/10
count [3]   8/1
14/19 14/21
couple [1]
4/15
course [2]   8/8
18/13
COURT [9]   1/1
1/22 1/23 2/24
7/5 15/5 15/19
17/13 19/3
Court's [4]
15/20 16/21
16/23 17/10
Courts [1]
1/23
covering [1]
10/10
cr [1]   1/4
crime [1]   16/2
criminal [2]
1/4 2/2
culpability [2]
3/21 7/22
culpable [1]
3/21

**D**

DANIELE [29]
Daniele's [5]
2/21 5/7 5/12
5/21 6/25
date [3]   17/9
17/24 19/10
day [2]   15/6
17/5
DC [3]   1/5
1/15 1/25
dealing [1]
14/6
decision [1]
14/15
defendant [10]
1/7 1/16 4/17
7/12 8/4 9/17
11/9 12/22
12/24 16/2
defendant's [3]
2/5 4/21 8/12
defense [1]
2/5
degree [1]
8/16
delayed [1]
8/16
Department [1]
12/1
depicted [1]
5/24
describe [1]
12/9
description [2]
3/25 13/10
detailed [1]
16/5
different [3]
3/22 8/1 12/21
difficulties
[1]   14/5
difficulty [2]
15/5 15/6
dimension [1]
8/7
discussed [1]
16/9
Discussion [1]
7/20
disorder [5]
6/12 6/14 8/1
8/16 14/19
disrespectful
[2]   16/22
17/1
disrupting [1]
15/25

**DISTRICT [4]**
1/1 1/1 1/11
1/23
docket [1]
18/8
DOJ [1]   1/14
DOJ's [1]
14/24
DOJ-USAO [1]
1/14
Douyon [1]
17/4
down [2]   9/15
17/5
during [1]
6/13
duties [1]
8/15

**E**

earlier [2]
10/19 16/10
easily [1]
8/19
easy [1]   16/16
echoed [1]
13/24
effect [1]   3/8
effort [1]
13/12
efforts [1]
6/21
either [2]
2/17 8/17
element [2]
8/10 8/20
elements [10]
4/2 6/9 6/23
7/15 7/16 8/3
8/19 13/11
16/15 16/20
else [3]   11/14
12/14 18/13
end [1]   13/13
ends [2]   6/10
10/25
enforcement [4]
8/6 8/13
14/10 14/25
engaged [1]
8/14
enough [2]
2/25 5/25
enter [2]   2/13
15/12
entering [2]
6/15 13/4
entirety [1]
7/6

**entitled [1]**
19/5
essentially [1]
11/19
established [1]
8/20
et [1]   8/9
even [1]   13/12
everybody [1]
3/23
evidence [3]
2/18 4/1 16/12
exact [1]   14/3
exactly [1]
15/6
example [1]
6/18
Excuse [1]
9/20
Exhibit [3]
4/7 9/14 10/17
Exhibit 1 [1]
4/7
Exhibit 2 [2]
9/14 10/17

**F**

faces [1]   7/12
fact [6]   5/20
6/15 7/1 7/14
10/24 13/19
facts [4]   2/19
3/13 12/6
13/12
factual [4]
6/5 7/23 16/2
16/4
fairly [1]
16/5
fall [1]   3/5
fallen [1]
3/17
far [1]   17/7
favor [1]
17/14
federally [1]
8/18
felony [1]
11/4
figure [2]   9/5
18/8
file [3]   17/15
17/18 18/5
filling [1]
14/2
final [1]   7/25
fine [1]   17/17
first [5]   4/11
9/8 12/17 13/1

16/11
five [1]   8/24
five-minute [1]
8/24
FL [1]   1/18
flight [1]
17/11
Florida [1]
15/20
folks [1]   7/25
foot [7]   4/21
4/21 5/19 5/21
5/25 12/18
16/11
For the
Defendant [1]
1/16
foregoing [1]
19/4
forward [5]
5/18 5/19 6/5
6/9 12/20
found [2]   2/20
16/5
frank [2]   7/4
15/3
frankly [1]
15/11
front [2]
10/19 10/22
full [3]   9/23
10/11 14/8
function [1]
8/18
future [1]
17/24

**G**

Gardens [1]
1/18
giving [1]
10/13
goes [1]   5/4
good [2]   2/7
2/8
government [9]
1/13 2/4 2/17
2/25 3/16 4/7
8/25 9/14 11/6
Government's
[1]   10/17
gracious [1]
15/19
GROSSHANS [4]
1/13 2/4 4/3
17/14
grounds [4]
4/10 12/25
13/5 13/7

group - nine

**G**

**group [2]**   4/11
13/1
**grouped [2]**
3/9  3/23
**guess [1]**
10/20

**H**

**hand [2]**   6/18
13/16
**handed [1]**
12/16
**hands [4]**   3/19
10/22  10/23
10/25
**Hang [1]**   17/8
**happen [1]**
4/25
**happened [1]**
11/3
**happening [1]**
12/2
**happens [1]**
17/17
**hat [3]**   3/17
10/22  12/16
**head [1]**   3/18
**headway [1]**
17/3
**hear [1]**   5/17
**heard [2]**   6/24
13/16
**hearing [3]**
4/8  7/10  18/5
**helpful [4]**
2/22  9/7  9/10
10/8
**hesitation [2]**
6/24  10/13
**hold [2]**   5/10
6/21
**holding [4]**
7/25  11/19
12/13  16/14
**HOLLY [2]**   1/13
2/3
**honest [2]**
11/25  15/3
**Honor [41]**
**Honor's [1]**
3/2
**HONORABLE [1]**
1/10
**HOOK [3]**   1/22
19/3  19/10
**horrific [1]**
5/15

**hundreds [1]**
11/11

**I**

**identified [2]**
14/5  15/15
**image [2]**   5/8
5/24
**impaneled [1]**
7/8
**impede [5]**
6/20  8/23  11/6
12/19  13/20
**impeding [3]**
6/13  8/6  8/11
**important [1]**
16/23
**include [1]**
17/13
**independent [1]**
16/1
**indicating [1]**
17/19
**individual [1]**
10/24
**inherited [1]**
14/2
**initial [1]**
16/10
**initiating [1]**
12/12
**instructed [2]**
8/2  8/3
**instructions
[1]**   8/1
**intended [1]**
8/5
**intent [6]**
6/17  8/9  8/23
11/6  13/19
16/13
**intention [2]**
8/10  15/25
**intentionally
[2]**   6/1  6/22
**interested [2]**
7/9  15/1
**interfere [2]**
6/20  8/23
**interfering [3]**
6/13  8/6  8/11
**interpretation
[2]**   11/17
11/18
**into [5]**   4/15
6/2  7/1  15/12
15/24
**involuntarily
[1]**   5/25

**issues [2]**   6/8
15/14

**J**

**January [1]**
11/3
**JC [1]**   17/21
**JEFF [3]**   1/22
19/3  19/10
**Jersey [1]**
14/9
**joint [1]**
17/18
**JUDGE [1]**   1/11
**jury [2]**   7/12
8/3

**K**

**KAPLAN [8]**
1/16  1/17  2/4
3/12  5/7  6/25
7/9  10/18
**kept [2]**   3/20
5/14
**kicking [1]**
16/13
**kind [2]**   3/20
5/4
**knowing [1]**
8/7
**knowingly [4]**
6/1  8/4  8/8
8/22

**L**

**later [1]**   6/6
**law [4]**   8/6
8/13  14/10
14/25
**lawful [1]**
8/14
**least [5]**   2/19
5/23  12/10
13/14  13/18
**leave [1]**   14/1
**leg [1]**   5/9
**limited [1]**
12/10
**line [4]**   3/12
10/20  10/21
11/10
**little [2]**
2/20  16/5
**look [11]**   2/19
2/22  5/2  7/8
10/15  11/16
11/17  12/5
12/11  14/13
15/23

**looked [1]**   9/7
**looking [2]**
7/6  11/19
**looks [2]**
10/17  11/14
**loop [1]**   5/4
**lot [5]**   3/3
3/4  5/16  5/16
11/3

**M**

**maintain [1]**
13/4
**manner [1]**
6/12
**marching [1]**
14/25
**mark [1]**   5/8
**marking [1]**
4/7
**Martin [3]**
14/1  14/4
15/16
**maternity [1]**
14/1
**matter [1]**
19/5
**may [10]**   2/23
5/12  5/13  5/17
6/16  6/25  7/5
7/7  7/18  13/22
**maybe [4]**
11/16  11/17
12/2  16/24
**mean [7]**   3/13
5/22  5/25
13/12  13/13
16/19  17/15
**measures [1]**
3/22
**measuring [1]**
14/11
**meet [1]**   4/2
**meets [3]**   6/23
7/15  7/16
**MEHTA [1]**   1/10
**memory [1]**
10/21
**mens [1]**   13/11
**mental [1]**
7/16
**metal [3]**   4/22
13/3  13/8
**Metropolitan
[1]**   11/25
**MICHAEL [2]**
1/6  2/3
**might [3]**   9/10
10/8  13/17

**mind [1]**   16/14
**mini [1]**   12/6
**minute [1]**
8/24
**minutes [4]**
4/15  6/7  6/10
9/3
**misdemeanors
[1]**   15/2
**mistake [3]**
5/24  6/22  8/8
**mitigate [1]**
14/15
**moment [1]**
7/18
**momentum [1]**
5/19
**month [1]**   18/5
**more [5]**   3/2
5/2  8/6  16/6
18/2
**morning [1]**
2/7  2/8  2/14
**most [1]**   14/21
**moving [1]**   6/9
**Mr. [32]**
**Mr. Daniele
[21]**
**Mr. Daniele's
[5]**   2/21  5/7
**Mr. Douyon [1]**
17/4
**Mr. Kaplan [5]**
3/12  5/7  6/25
7/9  10/18
**Ms. [5]**   4/3
14/1  14/4
15/16  17/14
**Ms. Grosshans
[2]**   4/3  17/14
**Ms. Martin [3]**
14/1  14/4
15/16
**much [1]**   18/16
**myself [1]**   4/1

**N**

**name [1]**   2/9
**need [4]**   15/15
15/15  17/24
17/24
**negotiate [1]**
15/1
**New [1]**   14/9
**next [1]**   18/8
**nice [1]**   2/25
**nine [4]**   3/25
4/9  12/7  12/9

**N**

**November [1]**
1/6
**NW [2]**   1/14
1/24

**O**

**o'clock [1]**
17/11
**obligation [1]**
16/1
**obstruct [5]**
6/3 8/23 11/6
13/14 13/19
**obstructed [1]**
8/16
**obstructing [3]**
6/13 8/5 8/10
**obviously [12]**
2/25 3/22 5/14
5/15 5/16 5/17
6/4 13/24 14/2
14/5 17/3
17/12
**off [2]**   3/17
7/20
**offense [9]**
4/2 4/9 6/23
7/15 7/17 8/7
12/22 12/23
16/16
**office [1]**
14/24
**officer [11]**
3/19 8/13
10/22 10/23
11/7 12/3
12/16 14/11
14/25 15/5
16/14
**officer's [2]**
3/18 5/9
**officers [9]**
6/13 8/7 8/13
10/21 11/23
11/24 11/24
12/1 13/20
**officers' [1]**
6/21
**official [3]**
1/23 8/14 19/3
**one [9]**   7/18
8/3 8/6 8/20
11/1 11/4
12/12 15/6
16/5
**only [3]**   3/1
6/24 17/20

**onto [4]**   5/18
11/19 12/13
16/14
**opposed [1]**
6/2
**orders [1]**
14/25
**others [1]**
6/21
**otherwise [1]**
13/17
**out [3]**   9/5
17/2 18/8
**outside [1]**
17/12
**over [1]**   3/14
**overcome [2]**
4/12 13/1
**overcoming [1]**
13/5

**P**

**p.m [2]**   4/13
13/2
**PA [1]**   1/17
**Palm [2]**   1/18
17/11
**pans [1]**   11/11
**paragraph [5]**
3/25 4/8 12/7
12/9 13/13
**participation**
**[1]**   3/21
**particular [1]**
16/9
**patience [1]**
15/21
**pause [1]**
10/15
**Peace [6]**   4/11
4/12 12/25
13/1 13/3 13/5
**people [3]**   3/4
3/9 7/7
**performance [2]**
8/14 8/17
**perhaps [1]**
15/15
**person [1]**   2/5
**PGA [1]**   1/17
**photograph [1]**
9/8
**photographic**
**[1]**   2/18
**photographs [1]**
16/7
**picks [1]**   3/17
**placing [1]**
16/11

**Plaintiff [1]**
1/4
**play [6]**   4/14
4/24 5/2 9/19
9/21 10/3
**played [6]**
4/18 5/6 9/16
10/2 10/5
10/14
**plays [1]**   5/5
**Plaza [1]**   1/17
**plea [8]**   2/13
4/8 13/20
15/13 16/17
16/19 17/17
18/5
**plead [1]**   15/2
**pleading [2]**
6/11 7/14
**pleas [1]**
15/24
**please [2]**   4/5
7/18
**point [6]**   3/6
5/14 5/17 7/5
14/17 16/24
**police [11]**
3/18 5/9 10/19
11/7 11/10
11/24 11/25
13/3 13/8
14/10 16/14
**policy [1]**
14/23
**portions [1]**
12/15
**pose [1]**   16/15
**position [1]**
6/25
**potential [1]**
15/22
**prejudicial [1]**
3/8
**prepared [8]**
2/13 13/15
13/18 15/12
15/14 16/16
16/20 18/2
**presentation**
**[1]**   3/1
**pretty [1]**
5/15
**prevent [1]**
13/4
**probably [3]**
3/2 3/6 17/19
**problem [2]**
11/18 15/7

**problems [1]**
16/15
**proceed [1]**
2/16
**proceeded [1]**
13/6
**proceedings [3]**
2/6 18/18
19/5
**proffer [2]**
16/2 16/4
**progress [1]**
6/5
**pronouncing [1]**
2/9
**prosecutor [1]**
13/25
**protected [1]**
8/18
**pulled [3]**
11/20 13/7
13/19
**pulling [5]**
10/24 11/9
11/15 12/12
12/14
**purpose [1]**
8/5
**purposefully**
**[2]**   6/20
16/12
**purposes [2]**
5/20 17/20
**pushed [3]**
5/18 6/2 7/1
**pushes [1]**
11/1
**pushing [2]**
5/16 12/20
**put [1]**   17/4

**Q**

**quibble [1]**
13/9
**quickly [1]**
4/25
**quite [2]**   7/4
15/11

**R**

**rack [6]**   5/9
12/13 12/15
12/19 16/11
16/13
**racks [4]**
10/25 11/1
11/16 11/21
**raised [1]**
16/8

**random [1]**   7/7
**rather [3]**
4/25 12/7
12/13
**rea [1]**   13/11
**reading [1]**
3/12
**reads [1]**   12/7
**ready [1]**
13/21
**really [1]**   3/4
**reason [1]**
12/18
**recess [1]**
8/25
**record [4]**   4/6
7/20 18/1 19/5
**references [1]**
4/9
**refers [1]**
3/13
**reflected [1]**
13/11
**reflects [1]**
18/9
**remind [1]**
14/18
**report [1]**
17/19
**Reporter [3]**
1/22 1/23 19/3
**representation**
**[1]**   17/25
**representative**
**[1]**   15/4
**requires [2]**
6/12 8/8
**requiring [1]**
8/10
**requisite [1]**
16/13
**resolved [1]**
17/16
**respect [3]**
6/8 6/8 7/7
**restrict [1]**
13/8
**restricted [4]**
4/10 12/24
13/5 13/7
**retired [2]**
14/9 14/25
**retrieves [1]**
3/18
**return [1]**
17/4
**returning [1]**
17/11

**R**

review [1]
12/11
reward [2]
14/7 14/12
right [4]   4/21
6/11 9/17
18/10
rioter [1]
11/21
rioters [4]
4/11 11/11
13/1 13/4
risk [2]   14/7
14/11
risks [2]   7/10
7/12
Room [1]   1/24
rose [1]   11/4
Rotunda [2]
6/7 6/10

**S**

sandbag [1]
14/3
satisfied [2]
7/14 16/1
satisfy [1]
4/1
satisfying [1]
16/15
saw [1]   9/25
saying [1]
3/12
scene [1]   5/16
second [4]
8/12 9/8 10/16
12/10
seconds [1]
4/16
seeing [1]
10/16
sentencing [2]
3/7 5/14
serious [5]
14/14 14/14
14/21 15/21
15/22
serves [1]
10/21
set [2]   17/8
18/4
seven [2]   6/7
6/10
shoving [1]
5/16
show [6]   2/25
3/16 4/4 9/14

10/10 12/2
showing [1]
4/7
shown [3]   6/19
6/19 6/19
shows [2]   6/19
13/10
side [1]   11/1
similar [1]
18/6
slowed [1]
9/15
somebody [5]
7/1 11/14
12/14 12/20
14/18
somehow [1]
6/2
someone [2]
3/9 14/24
sometimes [1]
14/15
somewhat [1]
14/14
somewhere [1]
3/5
sorry [2]   2/12
10/9
sort [5]   2/18
6/14 10/20
10/24 11/1
sound [1]
12/11
south [1]
15/20
speak [1]
17/12
specific [1]
8/9
speed [2]
10/11 10/12
Speedy [2]
17/20 18/2
spoken [1]
13/25
stairs [1]
6/10
standing [1]
11/14
start [1]   9/2
started [1]
2/22
starting [1]
6/14
state [2]   7/16
14/9
stated [1]
7/22

statement [11]
2/19 2/23 7/6
4/9 6/6 12/6
12/18 12/22
12/23 13/12
16/10
STATES [5]   1/1
1/3 1/11 2/3
11/24
status [3]
1/10 17/5
17/18
step [1]   15/23
stepped [2]
13/2 14/1
steps [1]   18/8
stipulate [1]
5/12
stop [3]   4/15
4/15 5/19
Street [1]
1/14
STUART [3]
1/16 1/17 2/4
subjective [1]
3/8
succinctly [1]
14/5
suggest [1]
13/17
Suite [1]   1/17
supports [1]
16/2
suppose [2]
6/16 13/13
supposed [1]
9/2
sure [17]   3/11
3/24 5/22 7/19
8/21 9/1 9/7
9/25 10/8
11/23 11/23
12/3 13/23
15/12 15/23
18/8 18/13
suspect [1]
7/13
sworn [1]
14/10

**T**

talk [1]   8/25
terms [3]   2/20
12/8 16/15
Terrace [1]
10/20
therefore [1]
7/2
third [1]   8/15

thought [1]
5/1
three [1]   8/19
today [8]   5/20
13/18 16/9
17/3 17/7
17/17 17/18
17/20
together [1]
3/23
tolled [2]
17/20 17/21
tolling [1]
17/24
top [1]   14/19
totality [1]
14/12
toward [2]
11/20 12/15
towards [1]
10/22
town [1]   17/2
transcript [2]
1/10 19/4
trial [7]   7/12
9/2 12/6 14/13
17/8 17/20
18/3
true [1]   19/4
try [2]   14/15
14/22
trying [3]
5/10 15/1 15/7
two [5]   8/19
8/22 9/3 12/8
12/10
typically [1]
16/3

**U**

U.S [1]   1/23
U.S.C [2]   8/2
14/20
unacceptable
[1]   3/10
underlying [1]
2/18
understood [3]
3/11 3/24
16/18
unfortunately
[2]   14/12
14/23
unintentionally
[1]   7/3
UNITED [5]   1/1
1/3 1/11 2/3
11/24
up [6]   3/17

3/19 6/9 6/10
9/25 10/25
upon [2]   4/1
15/11
USAO [1]   1/14
used [1]   5/19
using [1]   13/8

**V**

vague [2]   2/20
16/6
vaguely [1]
12/7
vantage [1]
7/5
versus [2]
14/7 14/11
via [2]   4/10
12/25
video [30]
videos [3]
12/9 12/10
16/6
viewing [1]
4/1
voluntarily [2]
6/22 7/2

**W**

waive [1]   18/2
walking [1]
3/14
walks [1]   3/19
Washington [3]
1/5 1/15 1/25
way [4]   5/4
8/16 11/5
17/16
weighing [1]
14/11
West [3]   10/20
13/6 17/11
what's [1]
13/9
who's [1]   14/1
willing [1]
18/2
wish [1]   10/10
without [1]
12/11
word [1]   3/20
worn [1]   12/1
written [3]
12/23 12/23
13/9

**Y**

years [1]
14/10

**Y**

**yelling [1]**
 12/2