IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:23-CR-00143

UNITED STATES OF AMERICA,

vs.

MICHAEL DANIELE,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT, MICHAEL DANIELLE'S MOTION FOR BILL OF PARTICULARS

THIS CAUSE came before the Court upon Defendant's MICHAEL DANIELE'S Motion for Bill of Particulars. The Court having reviewed the motion, it is hereby

ORDERED AND ADJUDGED that: Defendant's Motion is hereby granted.

DONE AND ORDERED at Washington, D.C. this_____day of January, 2024.


                                              _____
                                              Amit P. Mehta
                                              UNITED STATES DISTRICT JUDGE

cc: counsel of record