UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-143 (APM) |
| : | |
| MICHAEL DANIELE, : | |
| : | |
| Defendant. : | |

**BILL OF PARTICULARS**

In response to this Court's February 5, 2024 Order granting the defendant, Michael Daniele's ("Daniele"), motion for a bill of particulars, the United States of America respectfully files this Bill of Particulars.

As a preliminary matter, the defendant's motion asserts his innocence and highlights factual disputes about the government's evidence. ECF No. 28 at 1-2, 4-6. These arguments have nothing to do with the defendant's need for notice of the charges against him and are properly addressed at trial. Similarly, the defendant cites to statements made by the Court about the case during the change of plea hearing to "determine that there is a factual basis for the plea," including by finding the *mens rea* necessary to admit guilt; the Court has an independent duty make such a finding. Fed. R. Crim. P. 11(b)(3). Moreover, those statement have nothing to do with whether the defendant is properly on notice of the charges against him. Accordingly, this Bill of Particulars identifies the conduct that underpins Counts One, Two, Four, and Five, as the Court ordered (ECF No. 30), but does not respond to the defendant's off-topic arguments.

I.   **Count One: 18 U.S.C. § 231(a)(3) – Peace Circle**

Count one charges a violation of 18 U.S.C. § 231(a)(3), which applies if an individual "commits or attempts to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to

and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function." 18 U.S.C. § 231(a)(3).

The specific conduct relevant to Count One occurred at approximately 12:53 p.m. at Peace Circle, the initial breach point of restricted Capitol grounds on January 6, 2021.  *See* Affidavit in Support of Criminal Complaint (ECF No. 1-1) ¶ 11.  The government will prove that rioters surged toward a police line and overturned barriers near the Peace Circle.  As that happened, United States Capitol Police ("USCP") officers yelled at rioters, "GET BACK! GET BACK!"  Daniele was at the front of the mob as that happened, where he witnessed rioters trying to breach the police line.  As officers tried to keep one of the barriers upright, Daniele stepped on one of the barriers, interfering with the USCP officers.  Indeed, seconds after Daniele stepped on the barricade, rioters overcame the police line, trampling the barricades and moving closer to the Capitol.  Photographs and videos supporting this charge have been disclosed to the defense.

II.     **Count Two: 18 U.S.C. § 231(a)(3) – West Plaza**

Count two charges an additional violation of Section 231(a)(3).  The conduct relevant to Count One occurred a few minutes after the initial breach of Peace Circle, but closer to the Capitol Building—at a police line set up on the West Plaza.  *See id.* ¶ 12.  After Daniele and other rioters overran the police barricades at Peace Circle, USCP officers fell back to the West Plaza barricades.  The government will prove that Daniele approached the second barricade as USCP officers fell back.  As Daniele approached the barricades, a rioter behind Daniele pulled back the left part of the barricade, and Daniele put both hands on the other side of the barricade and moves it to the

side, where it falls to the ground. Photographs and videos supporting this charge have been disclosed to the defense.[1]

### III. Counts Four and Five: Disorderly or Disruptive Conduct

Counts Four and Five charge Daniele with violating 18 U.S.C. § 1752(a)(2) and 40 U.S.C. 5014(e)(2)(D), respectively. The former applies to individuals who engage in disruptive or disorderly conduct on restricted grounds, while the latter applies to individuals who engage in the same conduct in the Capitol building. The government will present evidence that Daniele entered restricted Capitol grounds, which was clearly marked with signage and barriers, and then ultimately the Capitol building. The government will also present photos and videos showing that Daniele engaged in disruptive or disorderly conduct while in those locations, including but not limited to:

- Daniele's mere presence on restricted Capitol grounds and inside the Capitol Building;
- Stepping on and removing police barricades;
- Moving past police officers who were attempting to push back and clear rioters from the restricted Capitol grounds and Capitol building;
- Yelling at and flipping off law enforcement officers; and
- Entering the Capitol building while Congress was trying to hold a Joint Session to certify the electoral vote count.

---

[1] In his motion, the defendant notes statements by the Court, at the change of plea hearing, which could be read to suggest that Daniele's conduct at the second set of barricades was innocent. As noted above, the Court's statements were made while the Court was assessing the factual basis for Daniele's guilty plea. Fed. R. Crim. P. 11(b)(3). A dispute about the defendant's conduct is appropriately adjudicated at trial, not through a motion for a bill of particulars.

Evidence of the aforementioned conduct has been disclosed to defense.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

Date: February 22, 2024            /s/ *Sarah C. Martin*
                              Sarah C. Martin
                              Assistant United States Attorney
                              Bar No. 1612989
                              555 Fourth Street, N.W.
                              Washington, DC  20530
                              Sarah.Martin@usdoj.gov
                              (202) 252-7048