IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 23-cr-143 (APM) |
| | : | |
| **MICHAEL DANIELE,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO VACATE THE MOTION HEARING**

The parties jointly move this Court to vacate the motion hearing, currently set for May 6, 2024. In support of its motion, the parties state:

1. On February 22, 2023, Daniele was charged by complaint with one felony and four misdemeanors in connection with his conduct at the Capitol on January 6, 2021. Daniele was arrested on those charged on February 27, 2023, and released pending trial.

2. On January 3, 2024, the defendant was indicted on those same charges:

    - Count One: Civil Disorder in violation of 18 U.S.C. § 231(a)(3)

    - Count Two: Civil Disorder in violation of 18 U.S.C. § 231(a)(3)

    - Count Three: Entering and Remaining in a Restricted Building or Grounds in Violation of 18 U.S.C. § 1752(a)(1)

    - Count Four: Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2)

    - Count Five: Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D)

    - Count Six: Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(G)

    ECF No. 23.

1

3. At the arraignment/status conference on January 9, 2024, the Court scheduled a trial date for June 12, 2024.

4. The Court subsequently issued a Pretrial Order setting various pretrial deadlines and hearings, including a motion hearing on May 6, 2024 on any Rule 12 motions. ECF No. 27.

5. The undersigned will be out of the jurisdiction on May 6th and unable to appear for the hearing. Additionally, because no Rule 12 motions are pending, there is no need for a motions hearing. Thus, the parties request that the Court vacate the May 6th hearing.

6. If the Court is inclined to hold a hearing prior to the June 6, 2024 pretrial conference, the parties request that the May 6th hearing be continued to a mutually agreeable date sometime after May 13th.

WHEREFORE, in light of the foregoing, the parties respectfully request that the Court VACATE the motion hearing currently set for May 6, 2024, or in the alternative, continue the hearing to a mutually agreeable date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
202-538-0035
Sarah.Martin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-143 (APM) |
| | : | |
| **MICHAEL DANIELE,** | : | |
| | : | |
| Defendant. | : | |

**<u>PROPOSED ORDER</u>**

Upon consideration of the Joint Motion to Vacate the Motion Hearing, it is this \_\_\_\_ day of May, 2024, hereby

ORDERED, that the parties' joint motion is GRANTED;

ORDERED, that the May 6, 2024 motion hearing is VACATED.

_____
The Honorable Amit P. Mehta
United States District Court Judge