IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:23-CR-000143

UNITED STATES OF AMERICA,

vs.

MICHAEL DANIELE,

    Defendant.
_____/

## DEFENDANT, MICHAEL DANIELE'S MOTION/REQUEST FOR JUDICIAL NOTICE

Defendant, MICHAEL DANIELE, through counsel and pursuant to Federal Rule of Evidence 201(b), requests that this court take judicial notice of the attached Exhibit "1" <u>United States of America v. David Elizalde</u>, Doc. 39 case number: 1:23-cr-00170 (CJN), decided December 1, 2023, in the United States District Court for the District of Columbia by the Honorable Carl J. Nichols, United States District Court Judge and Exhibit "2" <u>United States of America v. Jeremy Daniel Groseclose</u>, Doc. 99, case number: 1:21-cr-00311 (CRC) decided January 5, 2024 by the Honorable Christopher R. Cooper, United States District Court Judge.

The attached cases contain findings of fact and conclusions of law that are not subject to dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately determined from sources whose accuracy cannot be questioned; Federal Rule of Evidence 201(b).

The attached cases discuss the elements of proof required in an 18 U.S.C. section 1752 prosecution plus explain the proof requirements imposed upon the Government in such a prosecution to prove beyond a reasonable doubt that a defendant knew that the:

1

a. The U.S. Capitol and its grounds were "posted, cordoned off or otherwise restricted;" and

b. That "a person protected by the Secret Service (here, the then Vice President) was or would be temporarily visiting." (Elizalde page 13) (Groseclose pages 21 and 22).

Boiled down, for a section 1752 prosecution to succeed, the Government must prove beyond a reasonable doubt that Defendant, MICHAEL DANIELE, knew that Vice President Pence was inside the Capitol on January 6, 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk via the CM/ECF and an electronic notification was sent via email to Sarah.Martin@usdoj.gov, Sarah C. Martin, Assistant United States Attorney, U.S. Attorney's Office for the District of Columbia, 601 D Street Northwest Washington, D.C. 20001 this 23rd day of May, 2024.

> LAW OFFICES OF STUART N. KAPLAN, P.A.
> PGA Financial Plaza
> 3399 PGA Boulevard, Suite 150
> Palm Beach Gardens, Florida 33410
> Telephone: (561) 296-7900
> Facsimile: (561) 296-7919
> By: /s/ *Stuart N. Kaplan*
> Stuart N. Kaplan, ESQUIRE
> Florida Bar No.: 647934
> Email: skaplan@stuartnkaplanpa.com
> Secondary Email: rbailey@stuartnkaplanpa.com