UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.  23-CR-143 (APM) |
| v. : | |
| : | |
| MICHAEL DANIELE : | |
| : | |
| Defendant. : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's Minute Entry dated January 10, 2024, the parties submit the following joint pretrial statement:

1. **Proposed Statement of the Case**

This is a criminal case. The United States has charged the defendant in connection with events that occurred at the United States Capitol on January 6, 2021. The Indictment alleges that the defendant obstructed law enforcement officers during a civil disorder; entered and remained in the restricted U.S. Capitol building and grounds; and engaged in disorderly and disruptive conduct in restricted U.S. Capitol building and grounds.

The Defendant denies all the material factual and legal allegations in the indictment. Defendant asserts he lacked the requisite "mens rea" (criminal intent) and that the Government further must prove beyond a reasonable doubt that Defendant knew at the time of the alleged offenses that a Secret Service protectee was present at the Capitol, to include Vice President. The parties stipulate that Defendant via counsel reserves the right at trial to move for a Rule 29 motion for a judgment of acquittal under the Federal Rules of Criminal Procedure.

2. **Estimate of the Number of Trial Days**

The parties anticipate that the trial will last three trial days.

1

3. **Witnesses**

The government anticipates calling the following witnesses, but may add or remove witnesses as the trial date gets closer.

- Ronald Ortega (USCP)
- David Cruz (USCP)
- Timothy Lively (USCP)
- Lani Hawa (USSS)
- Andrew Semmel (FBI)

The defense anticipates calling the following witnesses, but may add or remove witnesses as the trial gets closer.

- Defendant Michael Daniele

4. **Expert Witnesses**

Neither party intends to call any expert witnesses in its case-in-chief.

5. **List of Outstanding Motions**

- Government's Motion *in Limine* to preclude improper defense arguments and evidence about law enforcement (ECF No. 36)

- Government's Motion *in Limine* to limit the cross-examination of U.S. Secret Service Witnesses (ECF No. 37)

- Government's Motion *in Limine* regarding evidence about specific locations of CCTV cameras (ECF No. 38)

- Defendant's Motion to take judicial notice (ECF No. 42)

6. **Proposed Voir Dire**

Given that the parties are proceeding with a bench trial, the parties have not submitted proposed voir dire.

7.     **Proposed Legal Instructions**

The proposed legal instructions are attached as Exhibit A.  The parties agree on the legal instructions, with the exception that defense's position is that 18 U.S.C. § 1752 requires that government to prove that the defendant knew that there a U.S. Secret Service Protectee at the Capitol.

8.     **List of Prior Convictions**

The government is not aware of any prior convictions of the defendant.

9.     **List of Exhibits**

A copy of the government's exhibit list is attached as Exhibit B.  A binder of the non-video exhibits that the government intends to use at trial will be separately provided to the court.

Defendant Michael Daniele's exhibit list was filed on the docket (ECF No. 43), and the government does not object to any of their current exhibits.

10.    **Stipulations**

The parties have agreed to a number of stipulations, which are attached as Exhibit C.

11.    **Judicial Notice**

In its response to the government's Motion *in Limine* Regarding Cross-Examination of Secret Service Witnesses (ECF No. 40), and separately in a Motion to Take Judicial Notice (ECF No. 42), the defendant moved for the Court to take judicial notice of the following cases:

- *United States v. Paul Russell Johnson*, 21-cr-537 (JMC) (D.D.C. February 9, 2024) (ECF No. 345).

- *United States v. David Elizalde*, 23-cr-170 (CJN) (D.D.C. December 1, 2023) (ECF No. 39).

- *United States v. Jeremy Daniele Groseclose*, 21-cr-311 (CRC) (D.D.C. January 5, 2024) (ECF No. 99).

12. **Proposed Verdict Form**

Given that the parties are proceeding with a bench trial, the parties have not submitted a verdict form.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052


*/s/ Sarah C. Martin*
Sarah C. Martin
Carolyn Jackson
Assistant United States Attorneys
