UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Case No. 23-CR-143 (APM) |
|---|---|---|
|  | : |  |
| v. | : |  |
|  | : |  |
| MICHAEL DANIELE | : |  |
|  | : |  |
| Defendant. | : |  |

**GOVERNMENT EXHIBITS**

| 000 SERIES – VIDEO MONTAGES ||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* ||
| 001 | USCP Montage with Radio Runs |  |  |  ||
| 002 | USSS Video with Radio Runs |  |  |  ||
|  |  |  |  |  ||

| 100 SERIES – USCP VIDEO ||||||
|---|---|---|---|---|---|
| *No.* | *Description* | *Witness* | *Admitted?* | *Date* ||
| 101 | CCTV of Relocation of VP Pence.mp4 |  |  |  ||
| 102 | USCP Camera 0944 West Front Time Lapse.mp4 |  |  |  ||
| 103 | USCP Camera 0102 Senate Wing Door Clip 1.asf |  |  |  ||
| 104 | USCP Camera 0402 Crypt North.asf |  |  |  ||

| 105 | USCP Camera 0102 Senate Wing Door Clip 2.asf | | | |
|---|---|---|---|---|
| 106 | | | | |
| 107 | | | | |
| 108 | | | | |
| 109 | | | | |

**200 SERIES – BODY WORN CAMERA (BWC)**

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|---|---|---|---|---|
| 201 | | | | |
| 202 | | | | |
| 203 | | | | |
| 204 | | | | |
| 205 | | | | |

**300 SERIES – OPEN-SOURCE VIDEO**

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|---|---|---|---|---|
| 301 | Blankenship Parler Video.mp4 | | | |
| 302 | Facebook_Overtonreport Video.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| 303 | LMS Tactical Video 1.mp4 | | | |
| 304 | LMS Tactical Video 2.mp4 | | | |
| 305 | LMS Tactical Video 3.mp4 | | | |
| 306A | BENJAMIN REPORTS Clip 5.31-7.01.mp4 | | | |
| 306B | BENJAMIN REPORTS Clip 6.48-7.01.mp4 | | | |
| 307 | Rehl Parler Video.mp4 | | | |
| 308A | Emergency Washington DC Broadcast 17.18-19.52.mp4 | | | |
| 308B | Emergency Washington DC Broadcast 19.35-19.52.mp4 | | | |
| 309 | ABQ Raw Video.mp4 | | | |
| 310 | Youtube Former Wagie Video.mp4 | | | |
| 311 | Youtube Th3Real Huckleberry.mp4 | | | |
| 312 | SavSays Parler Video | | | |
| 313 | Clouse Facebook Video.mp4 | | | |
| 314 | Parler Video_West Plaza.mp4 | | | |
| 315 | Goldcrest Part 1 Video.mp4 | | | |

| | | | | |
|---|---|---|---|---|
| 316 | Youtube Objective Witness Video.mp4 | | | |
| 317 | Access2Activism Video.mp4 | | | |
| 318 | Youtube Storyful Rights Management Video.mp4 | | | |
| 319 | Parler Video Inauguration Stage.mp4 | | | |
| 320 | YouTube Unframe of Mind Video.mp4 | | | |
| 321 | Kerns Facebook Video Clip.mp4 | | | |
| 322 | Youtube Buy GME Video.mp4 | | | |
| 323 | Youtube WKMG News 6 ClickOrlando.mp4 | | | |
| 324 | Parler Video Under Scaffolding.mp4 | | | |
| 325 | Jayden X Video Clip | | | |
| 326 | The New Yorker Youtube Clip.mp4 | | | |
| 327 | Youtube LA Times Video.mp4 | | | |
| 328 | Youtube Video_Near Scaffolding.mp4 | | | |
| 329 | Corey Video.mp4 | | | |

| No. | Description | Witness | Admitted? | Date |
|-----|-------------|---------|-----------|------|
| 330 | Reed Video.mp4 | | | |
| 331 | Youtube Video Capitol Riots Raw Footage.mp4 | | | |
| 332 | Vimeo Maginnes Production Video.mp4 | | | |
| 333 | Harris Live 2 Video Clip.mp4 | | | |
| 334 | Parler The Resistance.Video Clip.mp4 | | | |
| 335 | Ochs Video.mp4 | | | |
| 336 | Facebook Horn Video.mp4 | | | |
| 337 | Williams Video Clip.mp4 | | | |
| 338 | Four Hours at the Capitol Clip.mp4 | | | |
| 338A | Still from Four Hours at the Capitol | | | |
| 339 | WYSIWYG TV Live Video Clip | | | |
| 340 | Trump Rally Speech | | | |

### 400 SERIES – PHOTOGRAPHS, MAPS AND MODELS

| No. | Description | Witness | Admitted? | Date |
|-----|-------------|---------|-----------|------|
| 401 | Aerial View of U.S. Capitol Building | | | |

| No. | Description | | | |
|---|---|---|---|---|
| 402 | Restricted Perimeter Map | | | |
| 403 | "Area Closed" Sign | | | |
| 404 | Capitol Grounds with "Area Closed" and Fencing | | | |
| 405 | Flickr Photo_Peace Circle.jpg | | | |
| 406 | Flickr Photo 2_Peace Circle.jpg | | | |
| 407 | Flickr Photo 3_Peace Circle.jpg | | | |
| 408 | Instagram Photo_Peace Circle.jpg | | | |
| 409 | Miguel Juarez Photo_Peace Circle.gif | | | |
| 410 | 3D Model of U.S. Capitol Building – Top Down | | | |
| 411 | 3D Model of U.S. Capitol Building – Northwest | | | |
| 412 | 3D Model of U.S. Capitol Building – West Front | | | |
| 413 | 3D Model of U.S. Capitol Building – Inaugural Stage Overhead | | | |
| 414 | 3D Model of U.S. Capitol Building – West Front Overhead | | | |
| **500 SERIES – INTERVIEW OF DEFENDANT** | | | | |
| _No._ | _Description_ | _Witness_ | _Admitted?_ | _Date_ |
| 501 | Advice of Rights | Semmel | | |

| No. | Description | Witness | Admitted? | Date |
|-----|-------------|---------|-----------|------|
| 502 | Video of Defendant's Custodial Interview | Semmel | | |
| 503 | | | | |

### 600 SERIES – DOCUMENTS

| *No.* | *Description* | *Witness* | *Admitted?* | *Date* |
|-------|---------------|-----------|-------------|--------|
| 601 | Congressional Record – Senate | | | |
| 602 | Congressional Record – House | | | |
| 603 | Senate Concurrent Resolution | | | |
| 604 | Twelfth Amendment | | | |
| 605 | 3 U.S.C. § 15 | | | |
| 606 | 3 U.S.C. § 16 | | | |
| 607 | 3 U.S.C. § 17 | | | |
| 608 | 3 U.S.C. § 18 | | | |
| 609 | House Video Certificate of Authenticity | | | |
| 610 | Senate Video Certificate of Authenticity | | | |
| 611 | January 5, 2021 Email from USSS Inspector Hawa re Head of State Notification | | | |

| | | | | |
|---|---|---|---|---|
| 612 | Secret Service Head of State Notification Worksheet | | | |
| 613A | Safeway Email re: DC Closure | | | |
| 614B | Safeway Daily Sales Report | | | |
| 614C | PA Shipment | | | |
| 614D | Safeway Business Records Certification | | | |
| 615 | NPR Transcript Of Trump's Speech At Rally Before Capitol Riot | | | |
| **700 SERIES – OTHER** | | | | |
| 701 | | | | |
| 702 | | | | |
| 703 | | | | |
| 704 | | | | |
| **800 SERIES - STIPULATIONS** | | | | |
| 801 | Stipulations | | | |