IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-143 (APM) |
| | : | |
| MICHAEL DANIELE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION REGARDING IDENTITY**

The United States and the defendant, Michael Daniele, agree and stipulate to the following:

The still photos below were taken in Washington, D.C., on January 6, 2021. The defendant, Michael Daniele, is the individual circled in yellow.





| | |
|---|---|
| FOR DEFENSE | FOR THE UNITED STATES |
| *[signature]* | *Sarah C. Martin* |
| Stuart Kaplan<br>**Counsel for Defendant** | Sarah C. Martin<br>Carolyn Jackson<br>**Assistant United States Attorneys** |
| *[signature]* | |
| Michael Daniele<br>**Defendant** | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Case No. 23-cr-143 (APM) |
| | : | |
| MICHAEL DANIELE, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION REGARDING BODY WORN CAMERA

The United States and the defendant, Jay Matthew Kenyon, agree and stipulate to the following:

Members of the Metropolitan Police Department ("MPD") utilize equipment known as Body Worn Camera ("BWC"). BWC records audio and video. Exhibits in the Government's 200 series are derived from this footage. The equipment timestamps each recording with the date and time at which the footage is captured. The BWC equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are fair and accurate depictions of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. Government Exhibits 201 to 204 are derived from this footage. The video footage is authentic in that it is what it purports to be.

FOR DEFENSE

_____
Stuart Kaplan
**Counsel for Defendant**

_____
Michael Daniele
**Defendant**

FOR THE UNITED STATES

*Sarah C. Martin*
_____
Sarah C. Martin
Carolyn Jackson
**Assistant United States Attorneys**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-cr-143 (APM) |
| MICHAEL DANIELE, | : |
| Defendant. | : |

## STIPULATION REGARDING U.S. CAPITOL POLICE CCTV FOOTAGE

The United States and the defendant, Michael Daniele, agree and stipulate to the following:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. Government Exhibit series 100 is footage from USCP closed-circuit video monitoring and recording equipment. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The CCTV video footage, contained in Government Exhibits 101 through 120, is authentic in that it is what it purports to be.

FOR DEFENSE

_____
Stuart Kaplan
**Counsel for Defendant**

_____
Michael Daniele
**Defendant**

FOR THE UNITED STATES

*Sarah C. Martin*
_____
Sarah C. Martin
Carolyn Jackson
**Assistant United States Attorneys**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-cr-143 (APM) |
| MICHAEL DANIELE, | : |
| Defendant. | : |

## STIPULATION REGARDING THE ELLIPSE AND THE WASHINGTON MONUMENT

The United States and the defendant, Michael Daniele, agree and stipulate to the following:

The Ellipse is the name given to the southern portion of President's Park, which is located south of the White House's South Lawn. The Ellipse is an open, grassy area surrounded by an oval drive. It is approximately 1.5 miles from the U.S. Capitol Building. On January 6, 2021, then-President Trump held a rally on the Ellipse where he delivered a speech from approximately 12:00 p.m. EST to 1:10 p.m. EST.

The Washington Monument is located on the National Mall, across Constitution Avenue from the Ellipse. The Washington Monument and the Ellipse are separated by approximately 1,701 feet. Around the Washington Monument is a large swath of green space, bordered to the north by Constitution Avenue; to the south by Independence Avenue; to the west by 17th Street; and to the east by 15th Street. On January 6, 2021, numerous individuals who were unable to gain entry to the Ellipse for then-President Trump's rally and speech, or who chose not to enter, watched the event from the green space around the Washington Monument. The distance from the Washington Monument to the U.S. Capitol Building is approximately 1.5 miles.

FOR DEFENSE

_____
Stuart Kaplan
**Counsel for Defendant**

_____
Michael Daniele
**Defendant**

FOR THE UNITED STATES

*Sarah C. Martin*
_____
Sarah C. Martin
Carolyn Jackson
**Assistant United States Attorneys**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-cr-143 (APM) |
| MICHAEL DANIELE, | : |
| Defendant. | : |

## STIPULATION REGARDING SENATE AND HOUSE RECORDING STUDIO FOOTAGE

The United States and the defendant, Michael Daniele, agree and stipulate to the following:

On January 6, 2021, much of the proceedings taking place on the Senate and House floors were contemporaneously recorded by the Senate Recording Studio and the House Recording Studio, respectively. The Senate Recording Studio's purpose is to serve the Senate. The House Recording Studio's purpose is to serve the House. Cameras on the Senate and House floors record activity occurring there. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government Exhibit 002 is a fair and accurate depiction of the events on the Senate and House floors on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

FOR DEFENSE

Stuart Kaplan
**Counsel for Defendant**

Michael Daniele
**Defendant**

FOR THE UNITED STATES

*Sarah C. Martin*

Sarah C. Martin
Carolyn Jackson
**Assistant United States Attorneys**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-cr-143 (APM) |
| MICHAEL DANIELE, | : |
| Defendant. | : |

## STIPULATION REGARDING ADDITIONAL VIDEOS AND PHOTOGRAPHS

The United States and the defendant, Michael Daniele, agree and stipulate to the following:

The events depicted in the video footage from the Government Exhibits series 300 and Government Exhibits 400 were retrieved from public sources or from other individuals. The videos and photos were taken in and around the U.S. Capitol and National Mall on January 6, 2021. The parties do not dispute their authenticity and agree that they are what they purport to be.

FOR DEFENSE

Stuart Kaplan
**Counsel for Defendant**

Michael Daniele
**Defendant**

FOR THE UNITED STATES

Sarah C. Martin

Sarah C. Martin
Carolyn Jackson
**Assistant United States Attorneys**