AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     COLUMBIA

UNITED STATES OF AMERICA

V.

MICHAEL DANIELE

**AMENDED EXHIBIT LIST**

Case Number: 1:23-CR-000143

| PRESIDING JUDGE<br>Amit P. Mehta | PLAINTIFF'S ATTORNEY<br>AUSA Sarah Martin | DEFENDANT'S ATTORNEY<br>Stuart N. Kaplan |
|---|---|---|
| TRIAL DATE(S) June | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1-74 |  |  |  | Photographs previously provided to the United States Government which are from videos and from discovery |
|  | 75-78 |  |  |  | Photographs previously provided to the United States Government which are from videos and from discovery |
|  | V1 |  |  |  | January 6 DC RAW Video Capitol building footage, clashes with police YouTube Google Chrome |
|  | V1A |  |  |  | SLOW MOTION |
|  | V2 |  |  |  | Video shows Ray Epps at initial Capitol breach on Jan. 6 - Google Chrome 2024-05-15 13-21-14 |
|  | V2A |  |  |  | SLOW MOTION |
|  | V3 |  |  |  | Day of Rage_ How Trump Supporters Took the U.S. Capitol - The New York Times — Mozilla Fir |
|  | V3A |  |  |  | SLOW MOTION |
|  | V4 |  |  |  | BENJAMIN REPORTS Clip 5.31-7.01 |
|  | V4A |  |  |  | SLOW MOTION |
|  | V5 |  |  |  | Emergency Washington DC Broadcast 17.18-19.52 |
|  | V5A |  |  |  | SLOW MOTION |
|  | V6 |  |  |  | 0176-NK-3452573_0000001_1A0000001_0000001 |
|  | V6A |  |  |  | SLOW MOTION |
|  | V7 |  |  |  | Emergency Washington DC Broadcast 19.35-19.52 |
|  | V7A |  |  |  | SLOW MOTION |
|  | V8 |  |  |  | BENJAMIN REPORTS Clip 6.48-7.01 |
|  | V8A |  |  |  | SLOW MOTION |
|  | V9 |  |  |  | 176-NK-3452573_0000011_1A0000002_0000004 |
|  | V9A |  |  |  | SLOW MOTION |
|  | V10 |  |  |  | LONNELHARRISLIVE 2 (LIVERosebudd) Donald Trump Protest Washington DC Highlights 6.07-6 |
|  | V10A |  |  |  | SLOW MOTION |

|  | V11 |  |  |  | 0176-NK-3452573_0000008_1A0013995_0000002 |
|--|-----|--|--|--|-------------------------------------------|
|  | V11A |  |  |  | SLOW MOTION |
|  | V12 |  |  |  | January 6 Capitol Attach (HBO) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

Print     Reset