**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 23-cr-143 (APM)** |
| **v.** | : | |
| | : | |
| **MICHAEL DANIELE,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States

Attorney for the District of Columbia, herby informs the Court that Assistant United States

Attorney Alexis J. Loeb is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


        */s/ Alexis J. Loeb*
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney (Detailed)
601 D Street NW
Washington, D.C. 20579
Telephone No. (415) 436-7168
Alexis.Loeb@usdoj.gov