IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:23-CR-00143

UNITED STATES OF AMERICA,

vs.

MICHAEL DANIELE,

    Defendant.
_____/

## OPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING

COMES NOW, the Defendant, MICHAEL DANIELE, by and through his undersigned counsel and pursuant to the Federal Rules of Criminal Procedure and file this his Motion for Continuance of Sentencing Hearing. In support of this motion, MICHAEL DANIELE would state the following:

### PROCEDURAL BACKGROUND

1.     A bench trial was held on June 12, 2024, June 13, 2024 and concluded on June 14, 2024 before Judge Amit P. Mehta.

2.     The Court found the Defendant, MICHAEL DANIELLE, was found not guilty to Counts 1 and 2.

3.     The Court found the Defendant, MICHAEL DANIELEE, guilty of misdemeanors as to Counts 3 through 6.[1]

---

[1] As to counts 3 and 4, Defendant, MICHEAL DANIELE, was convicted under 18 U.S.C. section 1752.

4.  On June 18, 2024, Defendant, MICHAEL DANIELLE, filed his Motion For a New Trial or Judgment of Acquittal.[2]

5.  The Court was not convinced by reasonable doubt that Defendant, MICHAEL DANIELE, knew, in fact, that the Vice President was at the Capitol on January 6, 2021, or was going to be there. On June 14, 2024, the Court, during its deliberation and rendering of its verdict, stated that if the Circuit Court of Washington, D.C., renders a different opinion than mine, the Court will enter a judgment of acquittal on those counts prior to sentencing because the Court expects to have a decision before sentencing. See page 619 of the trail transcript. (Exhibit "A" excerpt of trial transcript).

6.  As of the date of the filing of this motion, the Circuit Court of Washington D.C. has not rendered an opinion.[3]

7.  This case is set for a sentencing hearing on October 4, 2024, at 1:30 p.m.

8.  The Pre-Sentencing Report is due on September 23, 2024, with the Sentencing Memorandum due on September 27, 2024. All replies to the Sentencing Memorandum are due on or before October 1, 2024.

9.  The Government will not be prejudiced by the granting of this motion.

WHEREFORE, in the interest of justice, undersigned counsel would respectfully request this Honorable Court grant the Defendant, MICHEAL DANIELLE'S Motion for Continuance the sentencing hearing until January 16, 2025.

**CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE**

---

[2] See excerpt of trial transcript page 619, lines 9 through 14.
[3] USA v. Griffin, Washington Circuit Court case number: 22-3042.

2

CASE NO.: 1:23-CR-00143

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk via the CM/ECF and an electronic notification was sent via email to Sarah.Martin@usdoj.gov, Sarah C. Martin, Assistant United States Attorney, U.S. Attorney's Office for the District of Columbia, 601 D Street Northwest Washington, D.C. 20001 this 12th day of September, 2024.

Respectfully submitted,

**THE LAW OFFICES OF STUART N. KAPLAN, P.A.**
PGA Financial Plaza
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, Florida 33410
Telephone: (561) 296-7900
Facsimile: (561) 296-7919

By: /s/ *Stuart N. Kaplan*
STUART N. KAPLAN, ESQUIRE
Florida Bar No.:647934
Email: skaplan@stuartnkaplanpa.com
Secondary Email: rbailey@stuartnkaplanpa.com