Your honorable Judge Amit Mehta
District of Columbia
District court judge .

Your Honor,
I have known Mike Daniele for approximately a decade,
We spoke online, We met when I was broke down the side of the road,
Not knowing who I was, he stopped, offered to help and stayed until I was moving again.
From that single act of kindness our friendship developed.

I know, Mike to be a man of his word,
Sadly, nowadays, it's not easy to find somebody whose word is their bond.
Michael, will call me sometimes once a week just to make sure I'm OK on the road,
Kind of guy where I was down in the middle of nowhere he would be there for me.
I believe that.
He's also The next-door ineighbor id like living next to my family.
I would literally give him the keys to my house to check on things while I'm gone.
Matter of fact, when Mike travels to Florida, he knows I've always extended a welcome to use my home whether I'm there or not.
Me and Mike have exchanged many customers to try and help each other route goes smoother.
I have no problem with Mike around my clients, my family, my friends.
He's one of the good ones .

If I may be of any help?
Feel free to contact me.
Joseph Cutrone
9545019350

EXHIBIT
" B "