Dear Judge Mehta,

I am writing this letter to you to let you know that Michael Daniele is an extraordinary individual. He is the exemplar of honesty and an upstanding person that anyone would be truly grateful to call a friend. If at any time someone needed help or support in any capacity, he would gladly drop what he was doing to assist and help. Michael is a special person that I have called a friend for 50 years. He is worthy of all the goodness, compassion, love and peace this life has to offer us.

Sincerely,
Emilia Blasco



EXHIBIT
"C"