Dear Judge Metha,

I feel honored to have been asked to write in support of our life long friend, Mike Danielle. We have known Mike and his lovely family for over 40 years. Mike worked for us in our small deli while he was going to school. He was the most honest and conscientious employee that anyone could ask for, going above and beyond our expectations.   We then proudly watched as he finished school and honorably served NJ as a NJ State Trooper.

Mike always has been a good and loving friend. When my late husband was very sick, Mike was one of our small army of devoted friends who would call, check in, and bring cheer and sunshine. I humbly ask you to consider these exemplary qualities when considering Mike's case.

I also should point out that my political beliefs lean differently than Mikes. I am more of an independent. But having known Mike, I respect his beliefs.

He is a very good and very honorable man.

Thank you for your consideration.

Respectfully,

Diane Fisler
Lincroft, NJ

Sent from my iPhone

EXHIBIT "D"