Attention: Honorable Judge Amit Mehta, District of Columbia District Court Judge.

Dear Sir,

My wife Shannon and I are writing this letter in regard to our Friend Mike Daniele, Mike has been a close friend and business associate with us for nearly 15 years. Throughout our friendship he has always been extremely trustworthy, honorable and most importantly a true friend. His character and professional demeanor has been greatly appreciated in our business relationship and they're isn't a more trustworthy person. In closing I would like to thank you for taking the time to read this letter and taking it into consideration.

Sincerely,

Michael and Shannon Ogden



EXHIBIT
"F"