[redacted sender address block]

August 17, 2024

The Honorable Amit Mehta
District of Columbia Court Judge

Dear Judge Mehta;

I am writing this letter on behalf of my dear friend and colleague, Michael Daniele. I have known Mike for about 10 years. During that time, we have become more family than friends. We share very similar backgrounds both professionally and personally.

I find Mike to be an honorable and trustworthy individual. He is a dedicated family man who has taught his children to be proud, respectful, and kind. He is a devoted and caring husband. I have stood by Mike throughout the ordeal which brought him before your court, and I have watched him handle himself as expected. Honest, open minded, and always respectful of both you and the court.

Throughout my career, I have seen and felt the results of the worst of the worst that society has to offer. Mike is the exact opposite; he is what the best of society has to offer. Please do not let one moment in a life dedicated to public service and family, define him as anything else.

Respectfully,

[signature]

Retired Lieutenant Commander

EXHIBIT "6"