Hon. Judge Amit Mehta
District of Columbia District Court Judge

Judge Mehta,

I met Mike Daniele approximately 10 years ago. I needed
someone to Haul my boat from my residence to the water. Being
a member of the US Coast Guard Auxiliary, I do have a few
more resources available to me than most people. After making
a few calls to fellow Auxiliarists, Mike came highly
recommended. Since that time, Mike is the only person that I
have used to move my boat around. I have found him to kind,
compassionate, competent and of good moral character, he truly
cares about people.
I had a situation that unfolded Last year on July 3ʳᵈ. He put my
boat in the water at a marina in Brick NJ. I floated out, as he
started getting ready to leave. I got about 200 yards from the
dock, and I realized I was taking on water. He saw from the
marina there was a problem. He called me, and I told him what
the situation was. He told me to bring it right back to the dock
where he was waiting to put it back on his trailer. He saved my
boat, along with keeping me and my kids from eventually
ending up in the water. He hauled my boat to a safe place and
dropped me off to wait for my mechanic to look at the problem.
Fortunately, it was an easy fix. Knowing I had plans with my
family for the Holiday, he volunteered to come pick me up the
morning of July 4ᵗʰ, taking time away from his family to help me
out, without excepting any form of compensation. This was not
the first time, all be it not as dramatic, he has gone, what I would
consider, above and beyond to help me out. At this point of our
relationship, I consider him a friend. I can not say enough good
things about this man.
Many people trust, and depend on Mike to move their vessels
around the country. Evey time I have called him, not once has he
said he was home sitting on the couch. He is in Florida, Georgia,
the Carolinas, Maine, Connecticut, just to name a few. He is a
hard worker, and contributes greatly to our economy, and
society. As you are aware he is a retired NJ State Trooper.
Throughout his career in law enforcement, he had dedicated his
life to helping people, in his retirement, he continues to do so.

EXHIBIT
"14"

Respectfully,

Thomas Paccione
147 Burlington Ave
Spotswood, NJ 08884
732 416-1619
Thomas.paccione@verizon.net