9834 Caldwell Depot Road

Cornelius, NC 28031

August 18, 2024

Honorable Judge Amit Mehta

District of Columbia Court

Washington, DC

Dear Honorable Mehta:

That I decided to fly in to be at Michael Daniele's trial is actually a testament to his great influence on me.

Knowing Mike since 2012 when we became the Danieles' neighbors, he made me feel relatively self-absorbed and not thoughtful toward or kind enough to others. I have never met a person so committed to doing the right thing with no regard to himself.

"What would Mike Daniele do?" is a question I try to always ask myself. For example, it is a hassle to me and my family to leave for a couple of days to attend his trial. It's very easy to not go; I almost didn't go. But I did because I knew Mike would, and I need to be that kind of person.

I knew whatever happened in that crazy environment on January 6, Mike was looking for ways to do good.

Sincerely,

Chip Joyce



EXHIBIT
"T"