To: Honorable Judge Amit Mehta
District of Columbia District Court
Washington, DC

Dear Judge Mehta,

I am writing to you regarding the personal character of Michael Daniele, I have now known for approximately 17 years.

Mike and his family have been visiting us at our lake home each summer since 2007. We met accidentally and quickly became friends. Now they typically spend 2 summer weeks with us.

As you know, Mike is a retired law enforcement officer. As far as I'm aware, he has a good professional record. Mike is kind and has high morals. He is a proud, law-abiding, hard-working American who has strong family values. He has a calm and peaceful demeanor. He is very tolerant and forgiving. I've never witnessed Mike losing his temper or exhibiting any sort of outbursts or other rash behavior. He has gone out of his way in order to help others, including me. He and his family have used our home many times over the years in our absence. We don't worry at all about it because he and his family take great care of our home, boats, etc.

This testimony on behalf of Mr Daniele is to let the Court know that Mike is a responsible, well-mannered, respectful man who my wife and I now consider a good friend, not just someone who we allow to use our lake house.

I am a retired optometrist. I operated an Optometry practice and optical business in New Hampshire since 1988, until my recent retirement. I would be happy to also provide a verbal recommendation, my direct contact number is (603)930-3328, and my email is nheyedoc@hotmail.com

Sincerely,
Mark C. Steadman O.D.
151 W Bay Rd
Freedom, NH 03836


EXHIBIT "J"