August 18, 2024

Dear Judge Mehta,

My name is Kara D'Agostino and I am writing on behalf of Mike Daniele, my cousin. Mike is a stand-up citizen of this country. He cares deeply about right from wrong and fair treatment of individuals. He is a supportive husband, engaged father and caring family member and friend.

I live in Texas with my husband and children and unfortunately in the last few years, we have had several weather disasters. My cousin is always one of the first people to reach out to make sure we are ok and safe. He then periodically checks in during the recovery time always asking if there is anything he can get to us. When we were kids, he was one of my oldest cousins and someone I looked up to. He would travel with us on winter family trips and was always so good to the young crew and helped us to create memories I hold close to my heart to this day.

Sincerely,

Kara D'Agostino

EXHIBIT
"K"