From: Cathy Infante cathyinfante07@gmail.com
Subject: Note to Judge Mehta
Date: Aug 18, 2024 at 4:29:36 PM
To: patriotboathauling@hotmail.com

Honorable Judge Methta,

I would like to introduce myself to you. I am one of Mike's aunts. I have had the privilege of watching Mike grow from a kid into the man he is today. As a young teenager Mike would spend his summers working on the family farm besides his grandfather and uncles. This was probably the beginning of learning the rewards of honest hard work which he has done his entire life. Mike is a good person, a loving husband and father, a devoted son to his 90 year old mother, a brother always there for his own sister and brother and his entire family. Mike means the world to all of us.

Thank you for your considerations

Respectfully,

Catherine Infante.

EXHIBIT "L"