Heather Daniele FNTP
Holistic Nutritionist
**732-996-5069**

8/18/2024

Dear Judge Mehta,

I am Mike Daniele's sister-in-law, so one may assume that I would just write you to say wonderful things about him for that reason, but the truth is, being part of the family has allowed me to get to know him more on a personal level by seeing him around his family and friends, and to see what a caring person he really is.

He is the person who makes sure his 90 year old mother has a birthday gathering every year to help her feel special. He is the kind of father who shows up for his children's events and support's their dreams and endeavours.

When his brother was hit on his bicycle by a hit and run driver 3 years ago, and almost died, Mike went out of his way to help the police look for clues to find this vehicle and the owner by finding neighbourhood and town cameras to resolve the mystery etc. And they did find him because of his efforts.

He has offered me a spare car when I didn't have one, picked me up when I needed a ride, called to make sure I was ok, cared about what I might want to eat before an event. Sometimes it's just the little things that matter, like making sure to call people on their birthdays, that reveal that he is not just thinking about him self all day. His natural charitable nature directs him to go out of his way to be there for people, and I've seen this time and time again in so many ways, in a way that I find so impressive.

I would vouch for him any day, and I please ask you to consider how much he contributes to others and to life, as you make your decision.

Sincerely,
Heather Daniele

EXHIBIT

"m"