8/19/24

Dear Judge Mehta,

I am writing you today on behalf of my brother Michael Daniele. Obviously, brothers share a special bond and I only want the best for my brother. It would make sense for me to write you and tell you all the excellent character traits and qualities that my brother possesses, and there are many.

I could go on about how he is a dedicated husband and father, and how he does so much for his family and extended family. That would all be true.

There is much to say about how he has served his community and country during his career as a state trooper where he showed exceptional qualities. That would also be true.

I could write a book about how Mike has overcome challenges and obstacles and worked hard to make a good life for his family. He has led an exemplary life.

What I really want to say though, Judge Mehta, is this. If you were broken down in the middle of nowhere on a dark lonely road, Mike would be the one to pull over and do whatever he could for you. If it was pouring rain, 20 below or 100 degrees, my brother is the one who would be under your car fixing what needed to be fixed for you, and he wouldn't take a dime for his service. He treats strangers like friends and he is a solidly good person through and through.

Thank you for reading this and thank you for your earnest contemplation in this important matter.

Andrew Daniele, D.C.
245 Main Street
Matawan, NJ 07747     phone 732-241-5319 email glide760@msn.com



EXHIBIT N