Dear Judge Mehta,

I am writing to you today in hopes of you learning more about Mike Daniele. I have known Mike all of my life and saying you will never meet a more caring, considerate, and hard-working individual would be an understatement.

Mike is the kind of man who is always there for his family and willing to jump in to help a friend or even a stranger without being asked. I have been on the receiving end of that help many times as have my children.

Be it helping with packing up a house, shoveling my driveway so I could get to work, pitching in to take care of an ailing dog, or filling in as a father figure to my children. These are only a few of his honorable characteristics.

I hope you will consider these fine qualities when you think of Mike Daniele.

Sincerely,

Marian Martinez

EXHIBIT
"O"