August 18, 2024

Honorable Judge Amit Mehta

District of Columbia

District Court Judge

Dear Honorable Judge Amit Mehta,

I, Jack Luther, write this letter of character reference about Michael Daniele with whom I have known for almost fifty years, in order to defend his good judgement.

During this length of time, Mike Daniele has demonstrated qualities as a valuable person in our society, not to mention his service as a state trooper for over 20 years. I have never met anyone who has anything but good things to say about him. He is always ready to help those in need, and I have known him to always say the truth. It has been my pleasure to call him my friend for all of these years.

Under this pretext, I strongly recommend Mike Daniele to be more than an honest and respectable person. I think this is a solid testimony of Mike's mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

If you need further information, please do not hesitate to contact me.

Best regards,

Jack Luther

42 Eagle Ridge Lane

West Creek, NJ 08092

732-492-6390

EXHIBIT
" P "