From:
Carole and Andrew Gennusa
2632 Allaire Road
Wall, NJ 07719

To:
Honorable Judge Amit Mehta
District of Columbia
District Court Judge

Dear Judge Mehta,

We are writing this letter today on behalf of Michael Daniele. We have known Michael for over 20+ years since our children met in elementary school. We developed a close family relationship with Michael as he was always eager and willing to participate in his and our four children's after-school and weekend activities, including the critical role of supervision. Michael has always commanded a respectful and trusting demeanor making us completely comfortable and confident with our children in his care.

During our long-term relationship with Michael, he has never shown any deviation of disrespect to not only our family, but to any citizen of the public that he would never benefit from. We have personally witnessed this up close as well as from afar, unbeknownst to him. In addition, he has raised three incredibly sincere, pleasant, accountable children with a work ethic not often seen. Thus, another reason we were trusting with our families comingling, even on vacations together.

From a personal as well as professional standpoint, we have always respected his judgement of character and the endless sacrifices he has made to his family and the public as a NJ State Trooper. Michael has an incredible love for his country and all who reside in it.

We would like to state that we do not feel Michael's current legal circumstance is indicative of his character. We have faith that he will be able to grow from this experience. We appreciate your consideration of our viewpoint. We hope this has given more background on Michael Daniele's personality and character.

Sincerely,

Andrew and Carole Gennusa

EXHIBIT
"Q"