# Theresa Higgins-Daniele

872A Holmdel Road
Holmdel, NJ 07733
973-713-3493

August 18, 2024

Honorable Judge Amit Mehta
District of Columbia
District Court Judge

Dear Judge Mehta,

I am writing this letter on behalf of Michael Daniele, my husband. I wish to shed light on the man he truly is and his character that I have witnessed everyday for almost 20 years. The day of January 6, 2021 and the events I saw on television will forever be etched in my mind. Although my husband was there, in my opinion, he had a great lapse in judgement and his involvement is not defining of who he is.

Michael is a devoted, loving father to three beautiful children. It was in witnessing his relationship with Mikey & Leanna that I admired the most about him when first getting to know him. He loved being a father, it was his favorite part of his life and the thing he does best. It grounded him from work stress and made him happy. He has put sleep aside after an all night shift and adjusted schedules just to be there for his children, and he has been an integral part of all 3 of their lives.

He has always lead this family with dignity and a strong work ethic, and has encouraged us to work as a team and be there for one another. He prides himself with being a good role model for his children, which he is. They all love and respect him.

My husband is my anchor. The night I gave birth to our daughter Tatum was met with life altering consequences. My pregnancy soon turned to me fighting for my life twice in one night. I had internally hemorrhaged after my cesarean section with no signs until I lost consciousness. When I was revived after blood transfusions he was the face I saw first. He made sure I stayed with them while the staff tried to control the bleeding. He never left my side and made sure I didn't give up. A short time after they thought they stopped it, I began hemorrhaging again and I was very aware I was



EXHIBIT
"R"

rapidly losing blood and my life. He was the one I needed by my side and I still do. He stayed with me until I went into surgery. I honestly did not think I would be here. The experience has changed my life. It damaged my heart and has plagued me with bouts of anxiety. Though I have managed to get my life back to "mostly" normal I still have struggles. Michael has a lot to do with that. He encouraged me seek out a counsellor for PTSD, he took care of me, Tatum, Mikey & Leanna. While I was trying to recover, for months he juggled everything and made our world keep turning, and still does. He gave me the opportunity to take the time I needed to heal.

My husband is the man that answers the phone in the middle of the night and jumps out of bed to help a customer who is in distress while returning from a fishing trip. Jeff hit something while returning from Raritan Bay and was taking on water. Not a minute went by and he is getting dressed to go help him. He is the man who stops or pulls up to someone broken down on the road to see if they need help. He is the man who jumps out of his truck to stop a shoplifter running away from police in the middle of a roadway. He is the man who will not turn his phone off in case someone will call. There are many more examples, I could go on.

My husband truly loves this country and the people in it. I can tell you that he has been forever changed by being caught up in the moments of January 6, 2021. I have seen him saddened by the burden it has put on his family and how we are all trying to cope with it, and have seen him cry more times than I would like. He has a good heart and would never intentionally hurt anyone or anything, that I will attest to. I can tell you he has repeated many times to me, "I should have walked away". He was crushed after Officer Cruz gave his testimony in your courtroom on June 12th. Michael has told me he was ashamed of how he being there contributed to another officers unrest. I would ask that you see in him a lapse in judgement on that day in an otherwise service filled life. He is a good man and a great friend and an irreplaceable father to his children.

Sincerely yours,

*[signature]*

Theresa Higgins-Daniele