August 19, 2024
Honorable Judge Amit Mehta
District of Columbia
District Court Judge.

To Honorable Judge Amit Mehta,

Character by definition is the mental and moral qualities distinctive to an individual. My dad's character has been the same for my whole life and has never been questioned. He has always done and will always do the right thing, especially when no one is watching. Not for money or to gain social status but because it's the right thing to do. He is the most selfless person I know; he always puts himself last, others first and just wants to make everyone happy.

Growing up, my dad was tough, he always would say "I'm your parent first not your friend". I didn't understand at the time why he was being so hard but as I got older, I realized he needed to be. Life is hard, and he was doing his best to prepare me for what I would eventually have to endure being an adult. I wouldn't change a thing about it as I had to encounter some tough things in my life and feel he prepared me to do so. I try my best to do the right thing every day like he did and to make him proud.

I'm 28 years old and in my short life I can see the decline of how weird this world and this country has become. Doing the right thing I believe is harder to do now than ever, where everyone is so self-centered and will only do things if they give them financial gain. I think the world needs more people like my dad; honest, hardworking, patriotic American's.

The only thing that my dad loves and cares about more than his family is our country. Outside of working for the New Jersey State Police (a civic duty) starting businesses with names like "American Moonwalk, or Patriot Boat Hauling" paying homage to greatest country that has let him build whatever life he chooses. If you were to ask any one of my dad's customers, they would all say the same thing "he's a good guy". He goes above and beyond to do everything he can to make each person feel like they matter and are his only customer.

One of the many things I remember about my dad's character growing up was on the way to a birthday party at Toys-R-Us he stopped shoplifters as they tried to steal bags of merchandise. He didn't have to do this and frankly I think he cared more than the employees did, he simply did it because it was the right thing to do. Another time I can remember driving with my dad late at night and stopping on the side of the road to help some lady change a tire together. Again, we didn't have to do this, but it was the right thing to do.

Following this event hearing what the media and prosecution had to say about my dad I couldn't believe how far off they were in their claims about who he is or what he did. There are numerous people you can ask about my dad, and all would say the same thing, "he's a good guy". He is not malicious or ever out to get anyone or anything for himself. Thank you for your time in reading this letter, I hope this has described more accurately who my dad is.

Sincerely,
Michael Andrew Daniele



EXHIBIT "S"