Dear Honorable Judge Amit Mehta,

My name is Leanna Daniele, Michael Daniele's oldest daughter. I am writing this letter to share my deep admiration and unwavering support for my father. From the earliest of my childhood memories to this very day, my father is the epitome of kindness, compassion, respect and hard work. My father is my role model and greatest inspiration.

His kindness and compassion are reflected in every interaction he has with others. Whether it's helping an elderly person load their groceries into their car, look out for a young child whose parents aren't fully paying attention, change a flat tire for a stranger or simply thank a veteran as they pass by - he always goes out of his way to help those in need and never expecting anything in return. My Dad is a man of his word, and his integrity is something I aspire in my own life. He is always conscientious to those around him.

When it comes to work, my Dad's dedication and persevere is unmatched. I have watched him work tirelessly to provide for our family, often sacrificing his own needs to ensure we have everything we need. His strong work ethic has been a powerful example to me in my career.

Although I am 26 years old and considered to be grown, I still need my Dad. His presence, his wisdom and love continue to be a source of strength for me. My fiancé and I have set the date for September 13, 2025 to be married. I cannot imagine my wedding day without my Dad by my side to walk me down the aisle, as he has walked with me through every important moment of my life.

My father is an extraordinary man. I am proud to be his daughter and am truly grateful for all he has done for me and our family. I hope you will take into consideration the remarkable qualities of my father.

Thank you for taking the time to read this letter.

Sincerely,
Leanna Daniele
732-832-9829
leannadaniele@gmail.com



EXHIBIT
"T"