**Honorable Judge Amit Mehta**
District of Columbia
District Court Judge


**Dear Judge Mehta,**

I write this letter on behalf of my father, Michael Daniele. I am the youngest of his three children at 13 years of age.

Through my 13 years in life, my father has always been a great man to rely on, trust, and have in my life. He has been there for all my birthday's, school events, and as many dance competitions as he can get to.

I was in the courtroom during the recent trial from June 12th - June 14th. While it was very interesting seeing how everything worked and flowed in a proper trial, it was very hard to see my dad in such a stressed and emotional state. There was even a time I made myself leave the room during Prosecutor Sara Martin's cross-examination, though I tried showing as little emotion as possible. Those few days had a very large impact on all of us.

My father is as great a man as any, if not better. He is always one to help anyone looking like they might need it, be it stranger or friend. He is always looking out for everyone around him, no matter who they are. He has been with me, my mom, and my siblings our whole lives with him. He is family dedicated, hard working, and impactful to everyone around him. He never does a job with half effort, and he never abandons his friends in their times of need. He will always help wherever help is needed.

I remember one evening a year or so ago, I was at a late dance private rehearsal, I was the last of the night. When it ended, the assistant teacher was crossing the dimly lit parking lot and my dad stayed and made sure she made it safely to her car, that's the man my father is.

When he wakes up in the wee hours of the morning to go to work so that me and my family can have what we have. That's the man my father is.

When he never asks for gifts or anything special during holidays or his birthday because of his selflessness, even though we do it anyway because of how great of a person he is. That's the man my father is.

The man who I call my father is loving, strong, helpful, and most importantly he is honest. That is the man who I am proud to call my dad and one of my best friends.



He holds the strong bonds of this family together no matter what we go through. No matter what obstacle this family has faced, he has been there to get us all through it.

That's why I am confident that whatever comes out of this case, if it's what we are hoping for or not, we will get through it, I have no doubt of that.

We always pull through.

Thank you,
**Tatum Daniele**