**TINTON FALLS PEDIATRICS**
**HECTOR R. IGLESIAS, MD.**
**LICENSE# 25MA05386100**
**PEDIATRIC AND ADOLESCENT MEDICINE**
**776 SHREWSBURY AVENUE, SUITE 202**
**TINTON FALLS, NEW JERSEY 07724**
**732-758-1223 / FAX 732-758-0866**

August 19, 2024

Dear Honorable Judge Amit Mehta,

It is with great pleasure that I write this letter in support of Michael Daniele. I am writing to you in my capacity as a friend and pediatrician to the Daniele family. I have known Mr. Daniele for 13 years. It is an honor, for me, to vouch for his character and integrity during my time knowing him and his family.

Mr. Daniele is a man of dignity and honor who loves God, family, and his country. Mr. Daniele is an active member of society who is valued and respected. His loyalty and honesty as a friend is evident to those around him.

Please do not hesitate to contact me with any further questions.

Thank you,

Hector R. Iglesias, MD
Associate Professor
Physician, MMC Pediatric Dept.

EXHIBIT "V"