From:

Colleen McNulty
931 Quail Run Drive
Waynesboro PA 17268

To:

Honorable Judge Amit Mehta
District of Columbia District Court Judge

Dear Judge Mehta,

I am writing this letter on behalf of Michael Daniele as his sister-in-law and have known him for almost 20 years. He has always been responsible and focused, well respected as a husband and a lovable father.

I have experienced Michael's good moral actions first-hand as he is sincere about his duty and service to his country. Michael is always the first one to lend a helping hand to not only friends, but strangers.

In Michael's current legal situation, I want to express my belief that this is not reflective of his character. I am confident that he is capable of learning from this experience and making positive changes.

Thank you for considering my perspective. I hope that it provides additional context to Michael Daniele's character and circumstances.

Sincerely,

Colleen McNulty



EXHIBIT "W"