**Robert Manetta**
973-886-0740
rmanetta44@gmail.com

18th August 2024

Dear Honorable Judge Amit Mehta,

Mr. Daniele is my future Father-in-Law. I am engaged to his daughter, Leanna. We have been together for about eight years now. Mr. Daniele is the leader of this family, and always made me feel welcome from day one.

My future Father in Law is a great role model for me. He is the most hardworking person I know- and it inspires both me and his family around him to strive to do our best. He is a successful Business Owner who is living out the American Dream after his years of service spent with NJ State Troopers.

I have the utmost respect for my future father in-law. I never had a father figure growing up. He is truly someone that I can strive to be like. He made me feel welcome and a part of his family. He always supported me and his daughter. He does so much for everyone around him-always thinking about his family first.

Sincerely,
Robert Manetta



EXHIBIT
"X"