From: Christian Dammann ckd2479@gmail.com
Subject: Mike Danielle
Date: Aug 18, 2024 at 4:41:08 PM
To: patriotboathauling@hotmail.com

Dear Judge Mehta,

I've know Mike and his family since I can remember. His parents and my grandparents were very good friends. I grew up fishing with Mike's father and my grandfather for years growing up. Mike has always been passionate about his country and his service. Serving as a NJ state trouper for years and then going on to name his business Patriot Boat Hauling. He even transferred a new boat purchase for myself from Rhode Island to NJ. I never worried a second as I knew how thorough and professional Mike is.

I know first hand that Mike is a good husband, a good father, a loyal friend and a great guy! He's made a mistake and from speaking with him and his family he is SORRY! For what it's worth I would personally vouch for Mike and his character. I have so many stories I could tell regarding his kindness. Starting with helping friends of mine at no cost or obligation to helping bring justice to his brother's hit and run accident.

I greatly appreciate the opportunity to speak about Michael Danielle and the possibility for leniency. If there is anymore that I can offer to do or say in order to prove the type of person he is I would be more than happy to do so.

Sincerely,

Christian Dammann


EXHIBIT "4"