August 21, 2024

District Judge Amit P. Mehta
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

    **Re:    Michael Daniele**

Dear Honorable Mehta:

    We are writing to Your Honor on behalf of our son-in-law Michael Daniele. We have known Michael for close to twenty years, and we have no reservations in providing a strong character reference for him.

    We are aware of the charges brought against Michael due to his presence in Washington D.C. on January 6, 2021. Michael has a very strong love for his country. His patriotism is shown by the name of his boat hauling business started in 2010, known as "Patriot Boat Hauling" which proudly displays the American Eagle.

    Michael is a kind and caring family man, who has always displayed the utmost respect for his wife, children, parents, siblings, and extended family. To this day, almost 20 years since marrying our daughter, he still calls his father-in-law "Mr. Higgins". Michael has a strong sense of responsibility and commitment, and he can always be depended upon by his family and friends.

    Michael is a hardworking, compassionate person, dedicated to the well-being of others as evidenced by his 26-year career as a New Jersey State Trooper. His professionalism, integrity and strong work ethic have always been remarkable.

    Please accept this letter as a true and heartfelt depiction of Michael's good moral character.

Sincerely,

Patrick J. Higgins and Nancy P. Higgins

EXHIBIT "2"